Caption in Compliance with D.N.J. LBR 9004-1(b)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In re:<br><br>INVITAE CORPORATION, *et al.*,<br><br>                                 Debtors.[1] |

Chapter 11

Case No. 24-11362 (MBK)

(Joint Administration Requested)

**Order Filed on February 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER REGARDING DEBTORS'
# APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered three (3) through six (6), is hereby **ORDERED**.

**DATED: February 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
Francis Petrie (*pro hac vice* pending)
Jeffrey Goldfine (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
francis.petrie@kirkland.com
jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

| | |
|---|---|
| Debtors: | INVITAE CORPORATION, *et al.* |
| Case No. | 24- 11362 (MBK) |
| Caption of Order: | ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS |

After review of the *Application for Expedited Consideration of First Day Matters,* and for good cause shown;

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED** as set forth herein.

2. The following applications and motions (collectively, the "Motions") are scheduled for hearing before the Honorable Michael B. Kaplan, Chief Judge, on the date(s) and time(s) set forth below. Please be advised the First Day Matters will be conducted entirely remotely via Zoom. To present remote argument, counsel must register with the Court by submitting an email to Chambers (chambers_of_mbk@njb.uscourts.gov) indicating the name of the person appearing, their email address, their affiliation, and who they represent/interest in this case. If the request is approved, the participant will receive appropriate credentials and further instruction. Please refer to the Debtors' restructuring website—made available through the proposed Claims and Noticing Agent, Kurtzman Carson Consultants LLC—for Zoom information to observe the First Day Hearings and for information relating to future hearings: https://www.kccllc.net/invitae.

| Motion | Hearing Date and Time |
|---|---|
| 1. Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases; | February 15, 2024 at 11:30am |
| 2. Debtors' Application for Entry of an Order Authorizing the Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date; | February 15, 2024 at 11:30am |
| 3. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (II) Continue Employee Benefits Programs; | February 15, 2024 at 11:30am |

| Debtors: | INVITAE CORPORATION, *et al.* |
|---|---|
| Case No. | 24- 11362 (MBK) |
| Caption of Order: | ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS |

| **Motion** | **Hearing Date and Time** |
|---|---|
| 4. Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) 503(b)(9) Claimants, (C) Lien Claimants, and (D) Foreign Vendors and (II) Confirming Administrative Expense Priority of Outstanding Orders; | February 15, 2024 at 11:30am |
| 5. Debtors' Motion For Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain and Administer Their Customer Programs and (II) Honor Certain Prepetition Obligations Related Thereto; | February 15, 2024 at 11:30am |
| 6. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (II) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage; | February 15, 2024 at 11:30am |
| 7. Debtors' Motion For Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions; | February 15, 2024 at 11:30am |
| 8. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Taxes and Fees; | February 15, 2024 at 11:30am |
| 9. Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock; | February 15, 2024 at 11:30am |
| 10. Debtors' Motion for Entry of an Order Establishing a Record Date for Potential Notice and Sell-Down Procedures for Trading in Certain Claims Against the Debtors' Estates; | February 15, 2024 at 11:30am |
| 11. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests; | February 15, 2024 at 11:30am |

Debtors:        INVITAE CORPORATION, *et al.*
Case No.        24- 11362 (MBK)
Caption of Order:    ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

| **Motion** | **Hearing Date and Time** |
|---|---|
| 12. Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; | February 15, 2024 at 11:30am |
| 13. Debtors' Motion for Entry of an Order Establishing Certain Notice, Case Management, and Administrative Procedures; | February 15, 2024 at 11:30am |
| 14. Debtors' Motion for Entry of an Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information and (II) Waiving the Requirement to File a List of Equity Security Holders and Provide Notice Directly to Equity Security Holders; | February 15, 2024 at 11:30am |
| 15. Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 361, 362, 363, 503, and 507 of the Bankruptcy Code and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure: (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief; and | February 15, 2024 at 11:30am |
| 16. Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, and (VI) Authorizing the Sale of Assets | February 15, 2024 at 11:30am |

3.    A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

4.    Objections and/or responses to the Motions, if any, may be made at the hearing pursuant to D.N.J. LBR 9013-5(d).

(Page | 6)

| | |
|---|---|
| Debtors: | INVITAE CORPORATION, *et al*. |
| Case No. | 24- 11362 (MBK) |
| Caption of Order: | ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS |

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.