**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
francis.petrie@kirkland.com
jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>INVITAE CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11362 (MBK)<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF
ANDREW HINKELMAN IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC.
AS FINANCIAL ADVISOR EFFECTIVE AS OF THE PETITION DATE**

---

[1]  The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

Pursuant to 28 U.S.C. § 1746, Andrew Hinkelman, declares as follows:

1. I am a senior managing director at FTI Consulting, Inc. ("FTI"). I submit this declaration to supplement the disclosures made in the declaration[2] submitted in support of the application [Docket No. 171] (the "Application")[3] to retain FTI as financial advisor to the above captioned debtors and debtors in possession (the "Debtors").

2. This supplemental declaration ("Supplemental Declaration") adds additional information and disclosures in response to inquiries received from the U.S. Trustee's office but does not supersede the disclosures or connections set forth in the Application and Original Declaration unless expressly stated otherwise herein.

3. The U.S. Trustee's office requested that FTI identify the professionals and their respective rates for the professionals working on behalf of the Debtors. Although subject to change, as of the date hereof, the current FTI hourly professionals working on behalf of the Debtors are as follows:

| FTI Bill Rates by Professional[4] | | | |
|---|---|---|---|
| **Professional** | **Title** | **Group** | **Bill Rate ($ USD)** |
| Andrew Hinkelman | Senior Managing Director | Corporate Finance & Restructuring | $1,315.00 |
| Rachel Chesley | Senior Managing Director I | Strategic Communications | $1,130.00 |
| Thomas Welsh | Managing Director | Corporate Finance & Restructuring | $1,110.00 |
| Andrew Spirito | Managing Director | Corporate Finance & Restructuring | $1,075.00 |
| Michael Yoshimura | Managing Director | Corporate Finance & Restructuring | $1,035.00 |
| Matthew Ventimiglia | Managing Director | Strategic Communications | $920.00 |
| Sean Higgins | Director | Corporate Finance & Restructuring | $865.00 |
| Keven Shang | Senior Consultant | Corporate Finance & Restructuring | $790.00 |
| Jacob Baltaytis | Senior Consultant | Corporate Finance & Restructuring | $730.00 |
| Victoria Zaharoff | Director I | Strategic Communications | $685.00 |

---

[2] *Declaration of Andrew Hinkelman in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor as of the Petition Date* [Docket No. 171, Exhibit B] (the "Original Declaration").
[3] Capitalized terms used herein not otherwise defined have the meaning given to them in the Application or Original Declaration, as applicable.
[4] Professionals of the Technology and Contract Review teams are excluded from the table above.

| Nicholas Lucci | Senior Consultant | Corporate Finance & Restructuring | $675.00 |
| Grace Shiau | Senior Consultant | Corporate Finance & Restructuring | $675.00 |
| Andrew Bland | Senior Consultant | Corporate Finance & Restructuring | $675.00 |
| Ashray Kalra | Senior Consultant | Corporate Finance & Restructuring | $675.00 |
| Alexander Kurowski | Senior Consultant | Corporate Finance & Restructuring | $675.00 |
| Helena Nicholls | Senior Consultant | Strategic Communications | $550.00 |
| Neha Narayan | Consultant I | Strategic Communications | $420.00 |

4.     The U.S. Trustee's office asked FTI to provide clarity on retention disclosures made in the Application. To clarify, the February 8, 2024 engagement letter supersedes all prior Engagement Letters. Further, FTI's Forensic and Litigation consulting segment no longer provides services for Invitae.

5.     The U.S. Trustee asked FTI to disclose each current client's[5] percentage of FTI's gross revenue for the years ended December 31, 2022 and December 31, 2023. Although FTI is unable to disclose specific revenue information regarding its clients, this Supplemental Declaration identifies FTI's clients that exceeded 1% of FTI's gross revenue for those years. Importantly, a significant number of FTI's engagements are situations where a particular law firm engages FTI to perform services for the end client, *e.g.*, provide financial advisory services, electronic discovery services, expert witness services, etc., in furtherance of the law firm's representation of the end client. In most of these situations, the law firm will engage FTI on behalf of the end client, the end client will pay the invoices, and the revenue from the matter will be attributed to the law firm. As such, revenue from a myriad of clients is aggregated and attributed to the applicable law firm. For the avoidance of doubt, both the end client and law firm are recorded as clients in FTI's client database.

6.     For the years ending December 31, 2022 and 2023, Latham & Watkins LLP was attributed revenue from multiple end clients that, when aggregated, exceeded 1% of FTI's revenue.

---

[5] As set forth in Schedule B to the Original Declaration.

3

When broken down by each specific end client, revenue from each end client was less than 1% of FTI's revenue.

7. For the years ending December 31, 2022 and 2023, Quinn Emanuel Urquhart & Sullivan, LLP was attributed revenue from multiple end clients that, when aggregated, exceeded 1% of FTI's revenue. When broken down by each specific end client, revenue from each end client was less than 1% of FTI's revenue.

8. For the years ending December 31, 2022 and 2023, Sullivan and Cromwell LLP was attributed revenue from multiple end clients that, when aggregated, exceeded 1% of FTI's revenue. When broken down by each specific end client, revenue from each end client was less than 1% of FTI's revenue.

9. Based on the Original Declaration and this Supplemental Declaration, to the best of my knowledge, FTI does not hold or represent any other entity having an adverse interest in connection with these cases, and therefore submits that it is eligible to represent the Debtors under Bankruptcy Code section 327.

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 19, 2024                                  /s/   *Andrew Hinkelman*
                                                      Andrew Hinkelman
                                                      Senior Managing Director
                                                      FTI Consulting, Inc.