**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
francis.petrie@kirkland.com
jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| INVITAE CORPORATION, *et al.*, | Case No. 24-11362 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SUCCESSFUL BIDDER WITH
## RESPECT TO THE AUCTION HELD ON APRIL 17 AND 24, 2024

---

[1]   The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

PLEASE TAKE NOTICE that on February 16, 2024, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, and (VI) Authorizing the Sale of Assets* [Docket No. 57] (the "Bidding Procedures Order," and such procedures, the "Bidding Procedures")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by which the Court approved procedures setting forth the process by which the Debtors were authorized to conduct an auction or auctions (the "Auction") for the sale of all, substantially all, or any portion of the Debtors' assets (the "Assets").

PLEASE TAKE FURTHER NOTICE that, on April 17, 2024, at 10:00 a.m. (prevailing Eastern Time) the Debtors conducted the Auction with respect to the Assets, pursuant to the Bidding Procedures Order, at the offices of Kirkland & Ellis, LLP, 601 Lexington Avenue, New York, New York 10022.

PLEASE TAKE FURTHER NOTICE that, pursuant to section XI of the Bidding Procedures, the Debtors, in their business judgment and in a manner consistent with the exercise of their fiduciary duties, and after consultation with the Required Holders and the official committee of unsecured creditors (the "Committee"), filed the *Notice of Adjournment of Auction* [Docket No. 338] and adjourned the Auction to April 24, 2024, at 10:00 a.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, on April 24, 2024, at 10:00 a.m. (prevailing Eastern Time) the Debtors concluded the Auction with respect to the Assets, pursuant to the Bidding Procedures Order, via videoconference arranged by counsel to the Debtors.

PLEASE TAKE FURTHER NOTICE that, following the conclusion of the Auction, the Debtors, in consultation with the Committee, have, in a reasonable exercise of their business judgment and in a manner consistent with the exercise of their fiduciary duties, selected Labcorp Genetics Inc. as the Successful Bidder.[3]

PLEASE TAKE FURTHER NOTICE that the Successful Bid has a base purchase price of $239 million in cash, plus additional non-cash consideration, subject to certain terms and conditions.

PLEASE TAKE FURTHER NOTICE that the Debtors will seek approval of the Sale Transaction at the Sale Hearing on **May 6, 2024, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable Chief Judge Kaplan, at the United States Bankruptcy Court for the District

---

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.

[3]   That certain Asset Purchase Agreement by and between Labcorp Genetics Inc., as purchaser, Laboratory Corporation of America Holdings, as guarantor, and Invitae Corporation and certain of its subsidiaries, as sellers, shall be filed by the Debtors prior to the Sale Objection Deadline by separate notice.

of New Jersey, Trenton, New Jersey 08608, or conducted consistent with the procedures established pursuant to the Court's standing orders.

**PLEASE TAKE FURTHER NOTICE** that objections to the Sale Transaction and the Sale Order must:  (i) be in writing and specify the nature of such objection; (ii) comply with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and all orders of the Court; and (iii) be filed with the Court and served so as to be **actually received by the Debtors, the Bid Notice Parties, and the foregoing parties' respective counsel by April 29, 2024, at 4:00 p.m., prevailing Eastern Time (the "Sale Objection Deadline")**.

Dated: April 24, 2024

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com


*Co-Counsel to the Debtors and*
*Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:  joshua.sussberg@kirkland.com
        nicole.greenblatt@kirkland.com
        francis.petrie@kirkland.com
        jeffrey.goldfine@kirkland.com


-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com


*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*