**GIBBONS P.C.**
Robert K. Malone
Kyle P. McEvilly
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
          kmcevilly@gibbonslaw.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Darren Azman (admitted *pro hac vice*)
Deanna D. Boll
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Email: dazman@mwe.com
          dboll@mwe.com

*Co-Counsel to Natera Inc.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>INVITAE CORPORATION, *et al.*,<br><br>Debtors.[1] | (Hon. Michael B. Kaplan)<br><br>Chapter 11<br><br>Case No. 24-11362 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 11, 2024 at 10:00 a.m. (ET)**<br>**Objection Deadline: July 4, 2024** |

## NOTICE OF NATERA INC.'S MOTION FOR RELIEF FROM
## STAY TO EFFECTUATE A SETOFF PURSUANT TO
## SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE

---

[1]   The last four digits of Debtor Invitae Corporation's tax identification number are 1898.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/invitae.  The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

**PLEASE TAKE NOTICE** that Natera Inc. ("Natera") filed *Natera Inc.'s Motion for Relief from Stay to Effectuate a Setoff Pursuant to Sections 362 and 553 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Motion will be held on **July 11, 2024 at 10:00 a.m. (ET)** before the Honorable Michael B. Kaplan, United States Bankruptcy Court for the District of New Jersey, at the Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom No. 8, Trenton, New Jersey 08608.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall: (i) be in writing; (ii) set forth the specific basis thereof; (iii) be filed with the Clerk of the Bankruptcy Court; and (iv) be served upon the Natera's undersigned counsel, together with proof of service thereof, so as to be actually received no later than **July 4, 2024** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a response or objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court.  In the event no objections are filed and served by the Objection Deadline, the relief requested in the Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that Natera has submitted a proposed form of order herewith.  Oral argument is requested in the event an objection is timely filed.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 19, 2024
Newark, New Jersey

**GIBBONS P.C.**

 */s/ Robert K. Malone*
Robert K. Malone
Kyle P. McEvilly
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
        kmcevilly@gibbonslaw.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Darren Azman (admitted *pro hac vice*)
Deanna D. Boll
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Email: dazman@mwe.com
        dboll@mwe.com

*Co-Counsel for Natera Inc.*

**NATERA INC.'S MOTION FOR RELIEF FROM STAY TO EFFECTUATE A
SETOFF PURSUANT TO SECTIONS 362 AND 553 OF THE BANKRUPTCY CODE**

**(Filed Under Seal)**

## EXHIBIT A

### ASSET PURCHASE AGREEMENT

**(Filed Under Seal)**

**PROPOSED ORDER**

**(Filed Under Seal)**