| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) <br> Francis Petrie (admitted *pro hac vice*) <br> Jeffrey Goldfine (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> joshua.sussberg@kirkland.com <br> nicole.greenblatt@kirkland.com <br> francis.petrie@kirkland.com <br> jeffrey.goldfine@kirkland.com <br><br> -and- <br><br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Spencer A. Winters, P.C. (admitted *pro hac vice*) <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> spencer.winters@kirkland.com <br><br> *Co-Counsel to the Debtors and* <br> *Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Daniel J. Harris, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> dharris@coleschotz.com <br><br> *Co-Counsel to the Debtors and* <br> *Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> INVITAE CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11362 (MBK) <br><br> (Jointly Administered) |

# DECLARATION OF JILL FRIZZLEY

I, Jill Frizzley, declare as follows under penalty of perjury:

1. I am an independent director at Invitae Corporation ("<u>Invitae</u>").

---

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at www.kccllc.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

2. I submit this declaration (this "Declaration") in support of the *Debtors' Objection to the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing and Authority to Commence And Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Exclusive Settlement Authority* (the "Standing Objection").[2]

3. I am authorized to submit this Declaration on behalf of the Debtors, and if I were called upon to testify, I could and would testify to the facts set forth herein.



---

[2] Capitalized terms used but not otherwise defined herein will have the meanings ascribed to them in the Standing Opposition [Docket No. 713].





4









Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2024                                                                 */s/ Jill Frizzley*
                                                                                              Jill Frizzley

*[Filed Under Seal]*