UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
J. Christopher Shore, Esq. (*pro hac vice*)
(cshore@whitecase.com)
Harrison Denman, Esq. (*pro hac vice*)
(harrison.denman@whitecase.com)
Andrew Zatz, Esq. (*pro hac vice*)
(azatz@whitecase.com)
Samuel P. Hershey, Esq. (*pro hac vice*)
(sam.hershey@whitecase.com)
Ashley Chase, Esq. (*pro hac vice*)
(ashley.chase@whitecase.com)
Brett Bakemeyer, Esq. (*pro hac vice*)
(brett.bakemeyer@whitecase.com)

**WHITE & CASE LLP**
555 S. Flower St., Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Aaron Colodny, Esq. (*pro hac vice*)
(aaron.colodny@whitecase.com)

  -and-

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Telephone: (973) 538-4006
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)

*Co-Counsel to the Official Committee of Unsecured Creditors*

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR (I) LEAVE, STANDING, AND AUTHORITY TO COMMENCE AND PROSECUTE CERTAIN CLAIMS AND CAUSES OF ACTION ON BEHALF OF THE DEBTORS' ESTATES AND (II) <u>EXCLUSIVE SETTLEMENT AUTHORITY</u>**

**(Filed Under Seal)**