**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
francis.petrie@kirkland.com
jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
William E. Arnault, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com
william.arnault@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| INVITAE CORPORATION, *et al.*, | Case No. 24-11362 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# DECLARATION OF JAMES LEE
## WITH RESPECT TO THE TABULATION OF VOTES ON
## THE AMENDED JOINT PLAN OF INVITAE CORPORATION AND ITS

---

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

<u>DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, James Lee, depose and say under the penalty of perjury:

1.      I am a Vice President of Public Securities Services employed by Kurtzman Carson Consultants, LLC doing business as Verita Global LLC ("<u>Verita</u>"), whose main business address is 222 North Pacific Coast Highway, 3rd Floor, El Segundo, California 90245.  I am above eighteen years of age, and I am competent to testify.  Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents.  I am authorized to submit this declaration (the "<u>Declaration</u>") on behalf of Verita.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

2.      Leanne V. Rehder Scott, Vice President of Corporate Restructuring Services for Verita, also assisted in the service and tabulation described herein.

3.      I submit this Declaration regarding the solicitation of votes and the tabulation of Ballots cast on the *Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 630] (as may be further revised, supplemented, modified and/or amended from time to time, the "<u>Plan</u>").

4.      The Court authorized Verita's retention (a) as claims and noticing agent to the Debtors on February 16, 2024, pursuant to the *Order Authorizing the Appointment of Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 49] and (b) as administrative advisor to the Debtors on April 23, 2024, pursuant to the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Advisor Effective as of the Petition Date* [Docket No. 354] (together, the "<u>Retention Orders</u>").  The Retention Orders authorize Verita to assist the Debtors with, among other things, the service of

solicitation materials and tabulation of votes cast to accept or reject the Plan.  Verita and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

5.      On June 13, 2024, the Court entered the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 633] (the "Disclosure Statement Order"),[2] establishing, among other things, the Solicitation and Voting Procedures.  Verita adhered to the procedures outlined in the Disclosure Statement Order and caused the solicitation packages (the "Solicitation Packages") to be distributed to parties entitled to vote on the Plan.  I supervised the solicitation and tabulation performed by Verita's employees.

 **A.      Service and Transmittal of Solicitation Packages and Related Information**.

6.      Pursuant to the Disclosure Statement Order, on June 17, 2024, Verita caused the Solicitation Package to be served on all known Holders of Claims in (i) Class 3 (2028 Senior Secured Notes Claims), the only class entitled to vote to accept or reject the Plan (the "Allowed Voting Class") and (ii) Class 4 (Convenience Class Claims), Class 5 (Subsidiary Unsecured Claims), Class 6 (Parent Unsecured Claims), and Class 11 (Contingent Subsidiary Unsecured Claims)  (the "Other Voting Classes," together with the Allowed Voting Class, the "Voting Classes").

7.      The following materials constitute the Solicitation Package distributed to Holders of Claims in the Voting Classes:  (a) the Solicitation and Voting Procedures; (b) the applicable form of Ballot, together with detailed voting instructions, and instructions on how to submit the Ballot; (c) the cover letter, which urges Holders of Claims in each of the Voting Classes to vote to accept

---

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Disclosure Statement Order, as applicable.

the Plan; (d) the notice of the Confirmation Hearing (the "Confirmation Hearing Notice"); (e) the

Disclosure Statement (and exhibits thereto, including the Plan); (f) the Disclosure Statement Order

(without exhibits, except for the Solicitation and Voting Procedures); (g) a pre-addressed, postage

pre-paid reply envelope; and (h) any additional documents that the Bankruptcy Court has ordered to

be made available.

8.       In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1

(Other Secured Claims), Class 2 (Other Priority Claims), Class 9 (Section 510(b) Claims), and

Class 10 (Equity Interests) (collectively, the "Non-Voting Classes"), received a Notice of

Non-Voting Status and Opt Out Form.  Furthermore, Verita caused the Confirmation Hearing Notice

to be served on all known Holders of Claims or Interests and the 2002 List (regardless of whether

such parties are entitled to vote on the Plan) and all other parties required to receive such notice

pursuant to the Disclosure Statement Order.  A *Certificate of Service* evidencing the completion of

solicitation was filed with the Court on July 4, 2024 [Docket No. 729].

9.       On June 17, 2024, Verita posted links to the electronic versions of the Plan,

Disclosure Statement, the Disclosure Statement Order, the Cover Letter, the Solicitation and Voting

Procedures, and the Confirmation Hearing Notice on the public access website at

www.veritaglobal.net/invitae.

10.      On June 19, 2024, the Publication Notice was published in *The New York Times*

(national edition).  The *Proof of Publication*, an affidavit evidencing the publication of the

Publication Notice, was filed with the Court on June 21, 2024 [Docket No. 680].

11.      Verita also forwarded Solicitation Packages and Confirmation Hearing Notices to

voting and creditor matrix parties, as applicable, whose packages were returned with a forwarding

address or if an alternate address was available.  The supplemental certificates of service evidencing

the foregoing were filed with the Court on July 17, 2024 [Docket No. 819] and July 18, 2024 [Docket No. 821] (together with Certificate of Service the "Solicitation Certificates").

**B.     The Tabulation Process.**

12.     The Disclosure Statement Order established June 6, 2024, as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Notice of Non-Voting Status and an Opt Out Form, as applicable.  Pursuant to the Disclosure Statement Order, Holders of Claims in Class 3 (2028 Senior Secured Notes Claims) were entitled to vote to accept or reject the Plan.  Per the Disclosure Statement Order, Holders of Claims in Class 4 (Convenience Class Claims), Class 5 (Subsidiary Unsecured Claims), Class 6 (Parent Unsecured Claims) and Class 11 (Contingent Subsidiary Unsecured Claims) were permitted to vote to accept or reject the Plan.  No other Classes were entitled or permitted to vote on the Plan.

13.     In accordance with the Solicitation and Voting Procedures, Verita worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date, and to coordinate the distribution of Solicitation Packages to such Holders.  A detailed description of Verita's distribution of Solicitation Packages is set forth in the Solicitation Certificates.

14.     Pursuant to the Disclosure Statement Order, Verita relied on the Debtors' Schedules of Assets and Liabilities and the Claims' information reflected in Verita's CaseView[3] system to identify and solicit Holders of Claims in the Voting Classes.

15.     Verita also relied on security position reports provided by the Depository Trust Company ("DTC") as of the Voting Record Date to identify the banks and brokerage firms

---

[3]   CaseView is Verita's claims management database, which stores the records and images associated with all scheduled and filed claims.

(the "<u>Nominees</u>") of Class 3 (2028 Senior Secured Notes Claims) whose Beneficial Holders are entitled to vote to accept or reject the Plan.

16.    In accordance with the Solicitation and Voting Procedures, Verita received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan.  Each Ballot submitted to Verita was date-stamped, scanned, assigned a Ballot number, entered into Verita's voting database, and processed.  To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Verita via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Verita on or before July 15, 2024, at 4:00 p.m. (prevailing Eastern Time) (the "<u>Voting Deadline</u>").  Verita completed its final tabulation of the Ballots on July 16, 2024, following a complete review and audit of all Ballots received. [4]

17.    The final tabulation of votes cast by timely (unless the Debtors directed Verita to count a Ballot received after the Voting Deadline) and properly completed Ballots in the Allowed Voting Class received by Verita is set forth below (the "<u>Allowed Voting Results</u>"):

| Total Ballots Received | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number (% of Number)** | **Amounts (% of Amount)** | **Number (% of Number)** | **Amount (% of Amount)** |
| **Class 3 – 2028 Senior Secured Notes Claims** | | | |
| 4 *(66.67%)* | $ 247,866,000.00 *(96.39%)* | 2 *(33.33%)* | $ 9,274,000.00 *(3.61%)* |

---

[4]    KCC was instructed to only count Ballots from the Allowed Voting Class when tabulating the final voting results for the Plan.

18.    Set forth below is the final tabulation of Ballots properly received by Verita from the Other Voting Classes (the "Other Voting Results" together with the Allowed Voting Results, the "Final Voting Results"):

| Total Ballots Received[5] | | | |
|---|---|---|---|
| Accept | | Reject | |
| Number (% of Number) | Amounts (% of Amount) | Number (% of Number) | Amount (% of Amount) |
| Class 4 – Convenience Class Claims | | | |
| 35 (94.59%) | $ 1,061,956.41 (96.94%) | 2 (5.41%) | $ 33,546.76 (3.06%) |
| Class 5 – Subsidiary Unsecured Claims | | | |
| 0 (0.00%) | $0.00 (0.00%) | 1 (100.00%) | $ 3,405,164.91 (100.00%) |
| Class 6 – Parent Unsecured Claims | | | |
| 13 (65.00%) | $ 62,931,363.75 (8.73%) | 7 (35.00%) | $ 657,939,069.82 (91.27%) |
| Class 11 – Contingent Subsidiary Unsecured Claims | | | |
| 0 (0.00%) | $0.00 (0.00%) | 1 (100.00%) | $1.00 (100.00%) |

19.    The Final Voting Results are attached hereto as **Exhibit A.**

**C.    Ballots That Were Not Counted.**

20.    A report of any Ballots from parties in the Voting Classes excluded from the final tabulation, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.  All such Ballots were not counted because they did not satisfy the requirements for a valid Ballot set forth in the Disclosure Statement Order.

**D.    Opt Out Election.**

---

[5]    Votes cast on Ballots containing the Convenience Claim Election were counted towards their original class (*i.e.*, Class 6 or 11), not the Class 4 (Convenience Class Claims).

21.     Verita also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Classes that checked the box on such Ballot to opt out of the Third-Party Releases and (ii) the Opt Out Forms from non-voting Holders of Claims and Interests.  A report of all Entities who opted out of the Third-Party Releases by checking the opt out box on the Opt Out Form or checked the opt out on their Ballot is attached hereto as **<u>Exhibit C</u>**.  As further detailed in **<u>Exhibit C</u>**, the opt out process proved successful based on the participation rates among the Voting Classes and Non-Voting Classes.  Notably, 27 Holders of Classes 4, 6 and 11 (the Voting Classes), holding approximately $277.8 million, 12 Holders of Classes 1, 2 and Unclassified (the Non-Voting Classes), holding approximately $2 million, and 2,044 Holders of Interests, holding approximately 13,530,548 shares elected to opt out of the Third-Party Releases.  For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt out elections received, including those reported on **<u>Exhibit B</u>**, but rather is providing these opt out election results for reporting and informational purposes only.

[*Remainder of page left intentionally blank*]

To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true.

Dated: July 18, 2024

/s/ James Lee
James Lee
Vice President
Verita Global LLC

# Exhibit A

| Class | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Class Accepted or Rejected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2028 Senior Secured Notes Claims | 0 | 6 | 4 | 2 | 66.67% | 33.33% | $257,140,000.00 | $247,866,000.00 | $9,274,000.00 | 96.39% | 3.61% | Accepted |
| 4 | Convenience Class Claims | 3 | 37 | 35 | 2 | 94.59% | 5.41% | $1,095,503.17 | $1,061,956.41 | $33,546.76 | 96.94% | 3.06% | Accepted |
| 5 | Subsidiary Unsecured Claims | 0 | 1 | 0 | 1 | 0.00% | 100.00% | $3,405,164.91 | $0.00 | $3,405,164.91 | 0.00% | 100.00% | Rejected |
| 6 | Parent Unsecured Claims | 3 | 14 | 10 | 4 | 71.43% | 28.57% | $311,938,433.57 | $61,155,363.75 | $250,783,069.82 | 19.60% | 80.40% | See Below |
| 6 | Parent Unsecured Claims (Unsecured Notes) | 0 | 6 | 3 | 3 | 50.00% | 50.00% | $408,932,000.00 | $1,776,000.00 | $407,156,000.00 | 0.43% | 99.57% | See Below |
| | Parent Unsecured Claims Total | 3 | 20 | 13 | 7 | 65.00% | 35.00% | $720,870,433.57 | $62,931,363.75 | $657,939,069.82 | 8.73% | 91.27% | Rejected |
| 11 | Contingent Subsidiary Unsecured Claims | 2 | 1 | 0 | 1 | 0.00% | 100.00% | $1.00 | $0.00 | $1.00 | 0.00% | 100.00% | Rejected |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

Exhibit C

**Class 3 - 2028 Senior Secured Notes Claims**

| DTC Part No. | Nominee | Total Number of Accounts Voting | Number of Accounts Accepted | Number of Accounts Rejected | Total Principal Amount Voted | Principal Amount Accept | Principal Amount Reject | Total Number of Accounts Opting Out | Total Principal Amount Opting Out |
|---|---|---|---|---|---|---|---|---|---|
| 5 | GOLDMAN | 2 | 0 | 2 | $9,274,000 | $0 | $9,274,000 | 2 | $9,274,000 |
| 50 | MORGAN LLC | 3 | 3 | 0 | $240,100,000 | $240,100,000 | $0 | 0 | $0 |
| 902 | JPMCBNA | 1 | 1 | 0 | $7,766,000 | $7,766,000 | $0 | 0 | $0 |
| | | | | | | | | | |
| | TOTALS: | 6 | 4 | 2 | $257,140,000 | $247,866,000 | $9,274,000 | 2 | $9,274,000 |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

**Class 4 - Convenience Class Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| AES Group, Inc | 06/21/2024 | 7 | $926.23 | Accept |
| Name on File: ID 15426618 | 07/01/2024 | 25 | $400.00 | Reject |
| Any Lab Test Now - Houston | 07/15/2024 | 65 | $210.00 | Accept |
| Name on File: ID 15373018 | 07/10/2024 | 38 | $6,183.98 | Accept |
| Box of Crayons | 07/15/2024 | 71 | $40,500.00 | Accept |
| Columbus Regional Hospital | 07/11/2024 | 43 | $2,720.00 | Accept |
| CRG Financial LLC (As Assignee of DE Holley & Company LLC dba FPC of Ocean Springs) | 07/15/2024 | 73 | $70,500.00 | Accept |
| CRG Financial LLC (As Assignee of Hellma USA) | 07/15/2024 | 74 | $475.00 | Accept |
| Name on File: ID 15426930 | 06/21/2024 | 8 | $2,747.25 | Accept |
| DRAKE DESIGN ASSOCIATES | 06/21/2024 | 6 | $2,250.27 | Accept |
| Economy Exterminators, Inc. | 06/21/2024 | 4 | $564.00 | Accept |
| Fiverr, Inc. | 06/23/2024 | 10 | $165,575.44 | Accept |
| GBF, Inc | 07/12/2024 | 52 | $242,941.68 | Accept |
| Grable Group Inc | 06/20/2024 | 1 | $6,750.00 | Accept |
| Hain Capital Investors Master Fund, LTD | 07/10/2024 | 37 | $204,649.74 | Accept |
| Janitronics, Inc | 06/21/2024 | 5 | $3,726.18 | Accept |
| Jensen Baird | 06/26/2024 | 19 | $1,815.81 | Accept |
| Name on File: ID 15442259 | 07/03/2024 | 27 | $592.51 | Accept |
| Name on File: ID 15375925 | 07/01/2024 | 26 | $12,797.93 | Accept |
| Laboratory Alliance of Central New York | 07/11/2024 | 44 | $500.00 | Accept |
| LogicMonitor, Inc. | 06/26/2024 | 18 | $16,347.64 | Accept |
| Marketing and CRM Consulting | 07/14/2024 | 61 | $5,000.00 | Accept |
| Matrix Imaging Solutions LLC | 06/25/2024 | 15 | $56,228.80 | Accept |
| Name on File: ID 15426931 | 07/12/2024 | 57 | $33,146.76 | Reject |
| Milestones Diagnostics and Wellness | 07/02/2024 | 28 | $1,306.73 | Accept |
| Name on File: ID 15426793 | 06/23/2024 | 9 | $151.07 | Accept |
| OANDA Business Information and Services Inc. | 07/09/2024 | 31 | $336.61 | Accept |
| Priority Health | 06/25/2024 | 16 | $3,708.45 | Accept |
| Name on File: ID 15441850 | 06/26/2024 | 22 | $1,000.00 | Accept |
| Rinkor Technology Solutions | 07/11/2024 | 42 | $4,900.00 | Accept |
| Name on File: ID 15426816 | 06/20/2024 | 3 | $0.01 | Accept |
| Solo.io, Inc. | 07/15/2024 | 72 | $150,000.00 | Accept |
| Name on File: ID 15441705 | 06/29/2024 | 24 | $550.00 | Accept |
| The Christ Hospital Health Network | 07/10/2024 | 40 | $11,088.00 | Accept |
| Valley Relocation and Storage | 06/20/2024 | 2 | $30,613.08 | Accept |
| Ward Street Consulting LLC | 06/24/2024 | 13 | $10,800.00 | Accept |
| Name on File: ID 15442169 | 06/25/2024 | 14 | $3,500.00 | Accept |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

**Class 5 - Subsidiary Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Integrated DNA Technologies, Inc. | 07/15/2024 | 75 | $3,405,164.91 | Reject |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

**Class 6 - Parent Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| ASB De Haro Place, LLC | 07/12/2024 | 58 | $426,803.00 | Accept |
| ASB De Haro Place, LLC | 07/13/2024 | 59 | $4,814,887.00 | Accept |
| CSC Leasing Co. | 07/15/2024 | 76 | $864,414.00 | Accept |
| Illumina, Inc. | 07/11/2024 | 45 | $4,383,609.43 | Accept |
| Integrated DNA Technologies, Inc. | 07/15/2024 | 79 | $1.00 | Reject |
| Klick Inc. | 07/12/2024 | 50 | $762,300.00 | Accept |
| Marriott Hotel Services, LLC | 07/14/2024 | 63 | $327,621.00 | Accept |
| Phoenician Operating LLC | 07/14/2024 | 62 | $963,652.42 | Accept |
| Name on File: ID 15406134 | 07/12/2024 | 56 | $150,000,000.00 | Reject |
| Reef Flatiron LLC | 07/15/2024 | 80 | $2,361,251.90 | Accept |
| Stitch Owner LLC, a Delaware Limited Liability Company | 07/15/2024 | 68 | $45,840,825.00 | Accept |
| Tecan Genomics, Inc. | 07/15/2024 | 70 | $1.00 | Reject |
| The Christ Hospital | 07/10/2024 | 41 | $410,000.00 | Accept |
| UnitedHealthcare Insurance Company, on Behalf of Itself, its Parents, Subsidiaries, and Affiliates | 07/10/2024 | 39 | $100,783,067.82 | Reject |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

Class 6 - Parent Unsecured Claims (Unsecured Notes)

| DTC Part No. | Nominee | Total Number of Accounts Voting | Number of Accounts Accepted | Number of Accounts Rejected | Total Principal Amount Voted | Principal Amount Accept | Principal Amount Reject | Total Number of Accounts Opting Out | Total Principal Amount Opting Out | Total Number of Accounts Making Convenience Claim Election | Total Amount of Convenience Claim Election |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | JEFFERIES | 1 | 0 | 1 | $16,781,000 | $0 | $16,781,000 | 1 | $16,781,000 | 0 | $0 |
| 50 | MORGAN LLC | 1 | 0 | 1 | $7,875,000 | $0 | $7,875,000 | 1 | $7,875,000 | 0 | $0 |
| 62 | VANGUARD | 1 | 1 | 0 | $1,000 | $1,000 | $0 | 0 | $0 | 1 | $1,000 |
| 226 | NFS LLC | 1 | 1 | 0 | $25,000 | $25,000 | $0 | 0 | $0 | 1 | $25,000 |
| 352 | JPMS/JPMC | 1 | 1 | 0 | $1,750,000 | $1,750,000 | $0 | 0 | $0 | 1 | $1,750,000 |
| 901 | BANK OF NY | 1 | 0 | 1 | $382,500,000 | $0 | $382,500,000 | 1 | $382,500,000 | 0 | $0 |
| | | | | | | | | | | | |
| | TOTALS: | 6 | 3 | 3 | $408,932,000 | $1,776,000 | $407,156,000 | 3 | $407,156,000 | 3 | $1,776,000 |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

**Class 11 - Contingent Subsidiary Unsecured Claims**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote |
|---|---|---|---|---|
| Tecan Genomics, Inc. | 07/15/2024 | 67 | $1.00 | Reject |

# Exhibit B

**Ballots Excluded from Tabulation**

| Creditor Name | Date Received | Ballot No. | Voting Amount | Vote | Class | Reason Excluded |
|---|---|---|---|---|---|---|
| Oracle America, Inc. SII to Cerner Corporation | 07/12/2024 | 51 | $12,489.00 | Abstain | 4 Convenience Class Claims | Abstained |
| SALESFORCE, INC. | 07/11/2024 | 49 | $61,265.79 | Abstain | 4 Convenience Class Claims | Abstained |
| Vaco LLC | 07/12/2024 | 53 | $11,825.00 | Abstain | 4 Convenience Class Claims | Abstained |
| Amazon Web Services | 07/15/2024 | 81 | $865,530.04 | Abstain | 6 Parent Unsecured Claims | Abstained |
| Natera Inc. | 07/09/2024 | 34 | $4,377,493.00 | Abstain | 6 Parent Unsecured Claims | Abstained |
| RREEF America REIT II Corp. PPP | 07/12/2024 | 55 | $1,033,116.62 | Abstain | 6 Parent Unsecured Claims | Abstained |
| Natera Inc. | 07/09/2024 | 35 | $4,377,493.00 | Abstain | 11 Contingent Subsidiary Unsecured Claims | Abstained |
| Natera Inc. | 07/09/2024 | 36 | $1.00 | Abstain | 11 Contingent Subsidiary Unsecured Claims | Abstained |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

# Exhibit C

**Opt Out Summary**

(Filed Claims and Schedules)

| Creditor Name | Date Received | Ballot No. | Class | Opt Out of Release |
|---|---|---|---|---|
| AES Group, Inc | 06/21/2024 | 7 | 4 Convenience Class Claims | Yes |
| GBF, Inc | 07/12/2024 | 52 | 4 Convenience Class Claims | Yes |
| Laboratory Alliance of Central New York | 07/11/2024 | 44 | 4 Convenience Class Claims | Yes |
| Name on File: ID 15426931 | 07/12/2024 | 57 | 4 Convenience Class Claims | Yes |
| Oracle America, Inc. SII to Cerner Corporation | 07/12/2024 | 51 | 4 Convenience Class Claims | Yes |
| Name on File: ID 15426816 | 06/20/2024 | 3 | 4 Convenience Class Claims | Yes |
| SALESFORCE, INC. | 07/11/2024 | 49 | 4 Convenience Class Claims | Yes |
| The Christ Hospital Health Network | 07/10/2024 | 40 | 4 Convenience Class Claims | Yes |
| Vaco LLC | 07/12/2024 | 53 | 4 Convenience Class Claims | Yes |
| Integrated DNA Technologies, Inc. | 07/15/2024 | 75 | 5 Subsidiary Unsecured Claims | Yes |
| Amazon Web Services | 07/15/2024 | 81 | 6 Parent Unsecured Claims | Yes |
| ASB De Haro Place, LLC | 07/13/2024 | 59 | 6 Parent Unsecured Claims | Yes |
| CSC Leasing Co. | 07/15/2024 | 76 | 6 Parent Unsecured Claims | Yes |
| Illumina, Inc. | 07/11/2024 | 45 | 6 Parent Unsecured Claims | Yes |
| Integrated DNA Technologies, Inc. | 07/15/2024 | 79 | 6 Parent Unsecured Claims | Yes |
| Klick Inc. | 07/12/2024 | 50 | 6 Parent Unsecured Claims | Yes |
| Marriott Hotel Services, LLC | 07/14/2024 | 63 | 6 Parent Unsecured Claims | Yes |
| Natera Inc. | 07/09/2024 | 34 | 6 Parent Unsecured Claims | Yes |
| Phoenician Operating LLC | 07/14/2024 | 62 | 6 Parent Unsecured Claims | Yes |
| Name on File: ID 15406134 | 07/12/2024 | 56 | 6 Parent Unsecured Claims | Yes |
| RREEF America REIT II Corp. PPP | 07/12/2024 | 55 | 6 Parent Unsecured Claims | Yes |
| Tecan Genomics, Inc. | 07/15/2024 | 70 | 6 Parent Unsecured Claims | Yes |
| The Christ Hospital | 07/10/2024 | 41 | 6 Parent Unsecured Claims | Yes |
| UnitedHealthcare Insurance Company, on Behalf of Itself, its Parents, Subsidiaries, and Affiliates | 07/10/2024 | 39 | 6 Parent Unsecured Claims | Yes |
| Natera Inc. | 07/09/2024 | 35 | 11 Contingent Subsidiary Unsecured Claims | Yes |
| Natera Inc. | 07/09/2024 | 36 | 11 Contingent Subsidiary Unsecured Claims | Yes |
| Tecan Genomics, Inc. | 07/15/2024 | 67 | 11 Contingent Subsidiary Unsecured Claims | Yes |
| CSC Leasing Co. | 07/15/2024 | 77 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| GBF, Inc | 07/12/2024 | 54 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Integrated DNA Technologies, Inc. | 07/15/2024 | 78 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Name on File: ID 15463412 | 07/11/2024 | 46 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Name on File: ID 15467822 | 06/25/2024 | 17 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Louisiana Department of Revenue | 07/15/2024 | 64 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| MassMutual Asset Finance LLC | 07/14/2024 | 60 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Name on File: ID 15441772 | 07/09/2024 | 33 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Tecan Genomics, Inc. | 07/15/2024 | 69 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Name on File: ID 15441326 | 07/11/2024 | 47 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Name on File: ID 15427358 | 06/24/2024 | 12 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Western Disposal Services | 06/24/2024 | 11 | Unimpaired Class 1 (Other Secured), Class 2 (Other Priority), and Unclassified Claims | Yes |
| Wilmington Savings Fund Society, FSB, in its Capacity as Indenture Trustee for the Convertible Notes | 07/15/2024 | 66 | N/A - Other Non-Voting | Yes |

Invitae Corporation, et al.
Case Number: 24-11362

1 of 1

## Class 10 - Equity Interests (Beneficial Holders)

| DTC Part No. | Custodian | Number of Accounts Opting Out | Number of Shares Opting Out |
|---|---|---|---|
| 5 | GOLDMAN | 4 | 5,473 |
| 13 | BRNSTN LLC | 3 | 547 |
| 15 | MSSB | 404 | 1,399,895 |
| 52 | AXOS | 2 | 345 |
| 57 | JONES E D | 11 | 3,158 |
| 62 | VANGUARD | 62 | 282,456 |
| 75 | LPL LLC | 34 | 23,471 |
| 103 | WEDBUSH | 1 | 7 |
| 141 | WELLS CLRG | 58 | 25,015 |
| 158 | APEX CLEAR | 127 | 232,834 |
| 164 | CHS SCHWAB | 591 | 1,655,691 |
| 221 | UBS FINAN | 26 | 177,753 |
| 226 | NFS LLC | 349 | 4,251,731 |
| 235 | RBCCAPMKTS | 2 | 500,180 |
| 271 | TRADESTATN | 5 | 78,122 |
| 279 | HILLTOPSEC | 1 | 500 |
| 280 | US BANCORP | 4 | 865 |
| 352 | JPMS/JPMC | 29 | 2,040,613 |
| 443 | PERSHING | 45 | 82,079 |
| 534 | INT BROKER | 37 | 147,210 |
| 547 | R W BAIRD | 4 | 3,475 |
| 571 | OPPENHEIME | 4 | 2,250 |
| 725 | RAYMOND | 7 | 1,328 |
| 728 | FOLIO INV | 82 | 19,009 |
| 756 | AEIS INC. | 5 | 4,785 |
| 793 | STIFEL | 10 | 130,449 |
| 901 | BANK OF NY | 8 | 1,029,393 |
| 902 | JPMCBNA | 2 | 16,706 |
| 908 | CITIBANK | 10 | 81,392 |
| 2116 | FIFTH NA | 2 | 2,900 |
| 2170 | COMMERCE | 1 | 337 |
| 2399 | SSB/FRANK | 1 | 60 |
| 2669 | NRTHRN TR | 3 | 2,699 |
| 2787 | BNPNY/C/CA | 1 | 12,370 |
| 2803 | US BANK NA | 2 | 137 |
| 3164 | ALTRUIST | 1 | 73 |
| 5002 | RBC/DOMN | 6 | 7,775 |
| 5004 | WLTHSL/CDS | 8 | 32,588 |
| 5008 | NBFI INC | 5 | 136,762 |
| 5011 | SCOTIA | 3 | 3,710 |
| 5028 | DESJRDIN | 2 | 81 |
| 5030 | CIBCWRLD | 10 | 19,242 |
| 5036 | TD WATER | 13 | 169,171 |
| 5043 | BMO NSBT | 6 | 2,290 |
| 5085 | CI INV/CDS | 5 | 1,309 |
| 5409 | REL/TRUST | 1 | 5,241 |
| 8862 | MLPFS | 40 | 913,785 |
| Unknown | BNP PARIBAS* | 1 | Unknown |
| Unknown | Unknown** | 1 | Unknown |
| | **Totals** | **2,039** | **13,507,262** |

* Beneficial Holder submitted their Opt-Out form to Verita with no Master Ballot.

** Beneficial Holder submitted their Opt-Out form to Verita with no Master Ballot and after the Voting Deadline.

**Class 10 - Equity Interests (Registered Holders)**

| Creditor Name | Date Received | Ballot No. | Class | Opt Out of Release |
|---|---|---|---|---|
| Name on File: ID 15374174 | 07/05/2024 | 30 | 10 Equity Interests (Registered Holder) | Yes |
| Name on File: ID 15503865 | 07/01/2024 | 29 | 10 Equity Interests (Registered Holder) | Yes |
| PALM DRIVE VENTURES I LP | 06/26/2024 | 20 | 10 Equity Interests (Registered Holder) | Yes |
| Name on File: ID 15503921 | 06/26/2024 | 21 | 10 Equity Interests (Registered Holder) | Yes |
| Name on File: ID 15503923 | 06/28/2024 | 23 | 10 Equity Interests (Registered Holder) | Yes |

Invitae Corporation, et al.
Case Number: 24-11362