

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

August 14, 2024

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

8/14/2024, NY & NATL, pg B3

*Larnyce Tabron*

Digitally signed by John McGill
Date: 2024.08.14 17:02:14 -04'00'

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re: INVITAE CORPORATION, et al., Debtors.[1]

Chapter 11
Case No. 24-11362 (MBK)
(Jointly Administered)

**NOTICE OF (I) ENTRY OF THE ORDER CONFIRMING THE THIRD AMENDED JOINT PLAN OF INVITAE CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 2, 2024 the Honorable Michael B. Kaplan, United States Bankruptcy Judge, entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 913] (the "Confirmation Order") confirming the *Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 909] (as may be modified, amended, or supplemented from time to time, the "Plan"), which the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Verita Global ("Verita") at https://www.veritaglobal.net/invitae. You may also obtain copies of the Confirmation Order and other pleadings filed in these chapter 11 cases by visiting the Bankruptcy Court's website at https://www.njb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on August 7, 2024.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided in the Plan, the Confirmation Order, or any other applicable order of the Court, or otherwise agreed between the Holder of an Allowed Administrative Claim and the Debtors or the Wind-Down Debtors, requests for payment of Administrative Claims must be Filed with the Bankruptcy Court and served on the Debtors by the applicable Administrative Claims Bar Date which: (a) with respect to Administrative Claims other than Professional Fee Claims, shall be thirty (30) days after the Effective Date; and (b) with respect to Professional Fee Claims, shall be forty-five (45) days after the Effective Date. Holders of Administrative Claims are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date without the need for any objection from the Debtors or the Wind-Down Debtors as applicable, or the Plan Administrator or any notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (i) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (ii) the effective date of such rejection, or (iii) the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain settlement, release, exculpation, injunction, gatekeeper, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Wind-Down Debtors, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**COLE SCHOTZ P.C.**, Michael D. Sirota, Esq., Warren A. Usatine, Esq., Felice R. Yudkin, Esq., Daniel J. Harris, Esq., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Telephone: (201) 489-3000, Email: msirota@coleschotz.com, wusatine@coleschotz.com, fyudkin@coleschotz.com, dharris@coleschotz.com, *Co-Counsel to the Debtors and Debtors in Possession* -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP,** Joshua A. Sussberg, P.C. (admitted *pro hac vice*), Nicole L. Greenblatt, P.C. (admitted *pro hac vice*), Francis Petrie (admitted *pro hac vice*), Jeffrey Goldfine (admitted *pro hac vice*), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, nicole.greenblatt@kirkland.com, francis.petrie@kirkland.com, jeffrey.goldfine@kirkland.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP,** Spencer A. Winters, P.C. (admitted *pro hac vice*), William E. Arnault, P.C. (admitted *pro hac vice*), 333 West Wolf Point Plaza, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: spencer.winters@kirkland.com, william.arnault@kirkland.com, *Co-Counsel to the Debtors and Debtors in Possession*

---

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

[2] Capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.

# How China Built Its Tech Prowess: A Focus on STEM

FROM FIRST BUSINESS PAGE

A once-a-decade meeting of China's Communist Party leadership chose scientific training and education as one of the country's top economic priorities. That goal received more attention in the meeting's final resolution than any other policy did, except strengthening the party itself.

China will "make extraordinary arrangements for urgently needed disciplines and majors," said Huai Jinpeng, the minister of education. "We will implement a national strategy for cultivating top talents."

A majority of undergraduates in China major in math, science, engineering or agriculture, according to the Education Ministry. And three-quarters of China's doctoral students do so.

By comparison, only a fifth of American undergraduates and half of doctoral students are in these categories, although American data defines these majors a little more narrowly.

China's lead is particularly wide in batteries. According to the Australian Strategic Policy Institute, 65.5 percent of widely cited technical papers on battery technology come from researchers in China, compared with 12 percent from the United States.

Both of the world's two largest makers of electric car batteries, CATL and BYD, are Chinese.

China has close to 50 graduate programs that focus on either battery chemistry or the closely related subject of battery metallurgy. By contrast, only a handful of professors in the United States are working on batteries.

Undergraduates in the United States are becoming interested in battery research, said Hillary Smith, a battery physics professor at Swarthmore College. But, she added, "they are going to compete for a very few spots if they want to do battery research, and most will have to choose something else."

The roots of China's battery successes are visible at Central South University in Changsha, a city in south-central China and a longtime hub of China's chemicals industry.

Central South University has nearly 60,000 undergraduate and graduate students on an extensive, modern campus. Its chemistry department, once in a small brick building, has moved to a six-story concrete building with labyrinths of labs and classrooms.

In one lab, which is filled with glowing red lights, hundreds of batteries with new chemistries are tested at the same time. Electron microscopes and other advanced equipment occupy other rooms.

"For us, the experimental equipment is sufficient to meet everyone's testing needs," said Zhu Fangjun, a doctoral student.

Peng Wenjie, a professor, has set up a battery research company nearby that employs more than 100 recent doctoral and master's program graduates and over 200 assistants. The assistants work in relays for each researcher so that the testing of new chemistries and designs continues 24 hours a day.

"There are many people on site to do the tests, so the efficiency is very high," Professor Peng said.

China's broadening expertise in manufacturing has created an active debate in other countries, notably the United States, over whether to invite Chinese companies to build factories or whether to try to duplicate what China has accomplished.

"If the U.S. wants to build up a supply chain quickly, the best way is to invite Chinese companies, and they will set it up very quickly and bring technology," said Feng An, the founder of the Innovation Center for Energy and Transportation, a nonprofit research group in Beijing and Los Angeles.

Manufacturing makes up 28 percent of China's economy, compared with 11 percent in the United States. China's hope is that investments in scientific education and research will translate into efficiency gains that will help lift the entire economy, said Liu Qiao, the dean of the Guanghua School of Management at Peking University.

"If you have a large manufacturing sector," he said, "it's easy to improve productivity levels."

China's manufacturing prowess has become a geopolitical issue, however. The government subsidies and policies that have helped fuel the factory boom have left many other countries wary of buying more of China's exports.

The European Union has imposed formidable provisional tariffs on electric vehicles from China. In the United States, which has also used tariffs to effectively block China's E.V. companies, political and commercial pressure has impeded ventures with Chinese battery makers.

Still, China's battery companies are looking for ways to produce in the United States for the American market. Building and equipping an electric-car battery factory in the United States costs six times as much as in China, said Robin Zeng, the chairman and founder of CATL.

The work is also slow — "three times longer," he said in an interview.

The United States still leads China in overall research spending, in terms of dollars spent and also in terms of the share of each country's economy. Research and development represented 3.4 percent of the American economy last year after several years of increases.

But China is at 2.6 percent and rising.

"What happens when China passes the U.S. in R&D and they have the manufacturing base?" asked Craig Allen, the president of the U.S.-China Business Council, which represents American companies doing business in China.



QILAI SHEN FOR THE NEW YORK TIMES

Above, the nearly completed CATL Cheliwan production base in Ningde, China. At left, Zhu Fangjun, a doctoral student, in a high-tech chemistry lab at Central South University in Changsha.

KEITH BRADSHER/THE NEW YORK TIMES

---

# Google Unveils Pixel 9 Series In Bid to Top Apple's iPhone

**By NICO GRANT**

MOUNTAIN VIEW, CALIF. — When Google released its first Android smartphone in 2008, the company's founders slid onstage in roller skates. One of them, Larry Page, said the device was as advanced as a computer had been a few years before.

On Tuesday, executives left the skates behind but kept to the tone of that pitch: Google crammed all the cutting-edge technology it could into the latest Pixel phones. The devices are chock-full of artificial intelligence, to let users engage with a conversational assistant, edit people into photos and search for information found in their screenshots, the company said in blog posts.

Google is hoping the features will help the four new phones — including the Pixel 9, Pixel 9 Pro and the double-wide Pixel 9 Fold — finally overcome consumer apathy to its smartphone ambitions. It is Google's latest attempt to make a splash in a smartphone market dominated by its partner Samsung, as well as by Apple, which has already detailed the A.I. capabilities coming to the next generation of iPhones.

Google's effort to make itself a significant player in consumer hardware has been an uphill climb. It has about 5 percent of the smartphone market in the United States, and generally less than that in other major markets, like Britain, Germany and India, according to Statista, which compiles data.

The company gets most of its revenue from advertising on its search engine and YouTube video platform. Last week, a federal judge ruled that Google had acted illegally to maintain a monopoly in online search, in a decision that could upend the company's lucrative business model. Google said it would appeal the decision and "remain focused on making products that people find helpful."

Google has tried to use the excitement around generative A.I. chatbots and features to reset the competition. In April, Sundar Pichai, Google's chief executive, announced that he was merging its teams that develop Android with those that engineer Pixel devices and other hardware. The hope was that combining the two would make it easier to incorporate more A.I. into the products and speed up decision-making.

All the phones are available for preorder on Tuesday. Pixel 9 and Pixel 9 Pro XL will launch Aug. 22 and the other two on Sept. 4.

Google suggested that its A.I. features would arrive sooner than Apple's, which said it would add A.I. to its smartphones by this fall. Rick Osterloh, Google's senior vice president who oversees hardware and Android, said he understood "people's skepticism" when it comes to the rollout of A.I.

"There have been so many promises, and so many 'coming soons' and not enough real-world helpfulness when it comes to A.I.," Mr. Osterloh said, "which is why today, we're getting real. We have lots of live demos of products, features and A.I. experiences that are starting to ship with Android and our new Pixel devices."

Google said that the Pixel 9 Pro Fold, which has two screens — one outside and a wider screen when unfolded — would bring users "the best of Google's A.I." The device starts at $1,799, the company said, while the rest of the lineup starts from $799 to $1,099, depending on size and specifications.

While Google's share of the smartphone market is small, it has recently made some strides. The company's 4.6 percent of the smartphone market in 2023 was up from 3.6 percent a year earlier, according to data from the research firm IDC.

Besides the new phones, the company showcased the Pixel Watch 3 and Pixel Buds Pro 2, headphones that incorporated the company's Tensor A1 computer chips for the first time. Google said they were designed for its A.I. and advanced audio processing, so users could have clearer calls and hear less outside noise.

The company is hoping that its latest product blitz will be helped by its A.I. It has incorporated its Gemini chatbot, formerly named Bard, into the Android operating system used by billions of people.

One service, Gemini Live, will allow phone users to have audio conversations with the chatbot and ask complex questions or learn what kinds of jobs might be suited to their skill-set and degree, the company said. It is available to those who pay to subscribe to Gemini starting today. Google said it would give phone customers a free year of its premium A.I. plan, for access to more features.

Gemini will also connect with new apps in the coming weeks, including Calendar, Tasks and more features on YouTube Music, to make it a more helpful assistant.

Google acknowledged that all these efforts would bring A.I. deeper into users' private lives, and said that it would safeguard their data by not sharing it with other companies, and give users control over what Gemini can have access to.

"We're infusing A.I. into everything we do," Sameer Samat, Google's president of the Android Ecosystem, wrote in a blog post. "In order for A.I. to be truly helpful, it should naturally fit into our everyday lives, and the best place to experience that is on your Android device."



JIM WILSON/THE NEW YORK TIMES

The next generation of Pixel phones, headphones and watches joins a hardware market that has mostly ignored Google.

---



COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

COMMERCIAL LOTS & ACREAGE (700)
Brooklyn 711

BROOKLYN — SUNSET PARK
WATERFRONT PROPERTY
15,000 sq ft lot, M3-1 zoning, $6.8 Million
Call 917-335-1649

---

**Amended and Restated UCC Public Sale Notice**
THIS UCC PUBLIC SALE NOTICE AMENDS AND RESTATES THE PRIOR UCC PUBLIC SALE NOTICE FOR THIS COLLATERAL.

PLEASE TAKE NOTICE that on September 9, 2024 commencing at 11:00 AM Eastern Time (the "Sale Date"), both in-person and remotely outside of the New York Supreme Court located at 60 Centre Street, New York, NY 10007, with access afforded in person and remotely via Zoom or other web-based video conferencing and/or telephonic conference program selected by Secured Party (defined below), the details of which will be provided to interested parties in advance of the Sale Date pursuant to the Terms of Public Sale (described below), based upon the occurrence of one or more Events of Default under certain documents (the "Loan Documents") copies of which are available for inspection as hereinafter described, pursuant to such Loan Documents, as amended, and Article 9 of the Uniform Commercial Code as enacted in the State of New York, ARGENTIC REAL ESTATE INVESTMENT LLC, or a successor and/or assignee (the "Secured Party"), shall dispose of, by public sale, the right, title, and interest of Pledgor (defined below) in and to the following assets (collectively, the "Collateral"):

(i) The 20.44% limited liability company membership interest of 600 Chestnut LLC, a New York limited liability company ("600"), in Baycrest PLB Realty LLC, a Pennsylvania limited liability company ("Pledged Entity");
(ii) The 48.03% limited liability company membership interests of STPA, LLC, a Pennsylvania limited liability company ("STPA"), in Pledged Entity;
(iii) The 1.0% limited liability company membership interests of Baycrest PLB SPE, LLC, a Delaware limited liability company ("PLB"), in Pledged Entity;
(iv) The 10.00% limited liability company membership interests of 14th Ave Ventures LLC, a New York limited liability company ("14th Ave"), in Pledged Entity;
(v) The 20.44% limited liability company membership interests of Chestnut 1441 LLC, a New York limited liability company ("1441", individually and/or collectively with 600, STPA, PLB and 14th Ave, "Pledgor") in Pledged Entity; and
(vi) All other assets pledged by Pledgor under the Loan Documents. The public sale shall be conducted by an auctioneer licensed in the State of New York as selected by Secured Party in its sole and absolute discretion.

Based upon information provided by Pledgor, Pledged Entity, and certain other persons and entities affiliated therewith, it is the understanding of Secured Party that without any representation or warranty by Secured Party as to the accuracy or completeness of the following matters; that: (i) Pledgor owns one hundred percent (100%) of the limited liability company membership interests in Pledged Entity (the "Membership Interests"); (ii) Pledged Entity has good, marketable and insurable fee simple title in and to the West Tower Unit (together with a 48.86% interest in the common elements appurtenant thereto) (the "Unit") within the Public Ledger Condominium (the "Condominium"), which Condominium has a street address of 150 South Independence Mall West, Philadelphia, Pennsylvania, as more particularly described in the Mortgage; and (iii) the Unit is encumbered by and subject to an Open-Ended Mortgage, Assignment of Leases and Rents and Security Agreement (the "Mortgage") held by Secured Party securing indebtedness under the Loan Documents in the original principal amount of up to $32,500,000.00.

The Collateral is offered "AS IS, WHERE IS", with all faults, and Secured Party makes no representation or warranty, recourse or warranty (including, without limitation, any representation or warranty of merchantability or fitness), express or implied, of any kind or nature whatsoever.

Secured Party will be permitted to bid at the sale, and notwithstanding any requirement herein that the sale of the Collateral be for cash, Secured Party may credit bid all or any portion of the outstanding balance of the amounts due under the Loan Documents. Secured Party reserves the right, in its sole and absolute discretion, to (a) reject all bids and terminate the sale or adjourn the sale to such other date and time as Secured Party may deem proper, by announcement at the place and on the date of sale, and any subsequent adjournment thereof, without further publication, and (b) impose any other commercially reasonable conditions upon the sale of the Collateral as Secured Party may deem proper in its sole and absolute discretion.

The Membership Interests are unregistered securities under the Securities Act of 1933 as amended. Because of this, each prospective bidder seeking to be a "Qualified Bidder" (as determined by Secured Party in its sole and absolute discretion) shall be required, among other things, to execute and deliver to Secured Party a "Bidding Certificate" certifying, among other things, that such bidder: (i) will acquire the Collateral for investment purposes, solely for its own account and not with a view to distribution or resale; (ii) is an accredited investor within the meaning of the applicable securities laws; (iii) has sufficient knowledge and experience in financial and business matters so as to be capable of evaluating the merits and risks of investment and has sufficient financial means to afford the risk of investment in the Collateral; and (iv) will not resell or otherwise hypothecate the Collateral without either a valid registration under applicable federal or state laws, including without limitation the Securities Act of 1933 as amended, or an available exemption therefrom.

The public sale of the Collateral shall be subject to the further terms and conditions set forth in the "Terms of Public Sale" (including without limitation terms and conditions with respect to the availability of additional information, bidding requirements, deposit amounts, bidding procedures, and the consummation of the public sale), which are available online at www.600ChestnutStWestTowerUCCSale.com and by contacting: Jones Lang LaSalle Americas, Inc., 330 Madison Avenue, New York, NY 10017, Attn: Brett Rosenberg, tel. (212) 812-5926, email Brett.Rosenberg@jll.com.

---

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

In re: INVITAE CORPORATION, et al., Debtors.[1]
Chapter 11
Case No. 24-11362 (MBK)
(Jointly Administered)

**NOTICE OF (I) ENTRY OF THE ORDER CONFIRMING THE THIRD AMENDED JOINT PLAN OF INVITAE CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on August 2, 2024 the Honorable Michael B. Kaplan, United States Bankruptcy Judge, entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 913] (the "Confirmation Order") confirming the *Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 909] (as may be modified, amended, or supplemented from time to time, the "Plan"), which the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").[2]

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Verita Global ("Verita") at https://www.veritaglobal.net/invitae. You may also obtain copies of the Confirmation Order and other pleadings filed in these chapter 11 cases by visiting the Bankruptcy Court's website at https://www.njb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on August 7, 2024.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided in the Plan, the Confirmation Order, or any other applicable order of the Court, or otherwise agreed between the Holder of an Allowed Administrative Claim and the Debtors or the Wind-Down Debtors, requests for payment of Administrative Claims must be Filed with the Bankruptcy Court and served on the Debtors by the applicable Administrative Claims Bar Date which: (a) with respect to Administrative Claims other than Professional Fee Claims, shall be thirty (30) days after the Effective Date; and (b) with respect to Professional Fee Claims, shall be forty-five (45) days after the Effective Date. Holders of Administrative Claims that are required to, but do not, File and serve a request for payment of such Administrative Claims by such date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, their Estates, or their property, and such Administrative Claims shall be deemed discharged as of the Effective Date without the need for any objection from the Debtors or the Wind-Down Debtors as applicable, or the Plan Administrator or any notice to or action, order, or approval of the Bankruptcy Court or any other Entity.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or the Confirmation Order, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (i) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (ii) the effective date of such rejection, or (iii) the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved certain settlement, release, exculpation, injunction, gatekeeper, and related provisions in Article VIII of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Wind-Down Debtors, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

COLE SCHOTZ P.C., Michael D. Sirota, Esq., Warren A. Usatine, Esq., Felice R. Yudkin, Esq., Daniel J. Harris, Esq., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Telephone: (201) 489-3000, Email: msirota@coleschotz.com, wusatine@coleschotz.com, fyudkin@coleschotz.com, dharris@coleschotz.com, Co-Counsel to the Debtors and Debtors in Possession -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Joshua A. Sussberg, P.C. (admitted pro hac vice), Nicole L. Greenblatt, P.C. (admitted pro hac vice), Francis Petrie (admitted pro hac vice), Jeffrey Goldfine (admitted pro hac vice), 601 Lexington Avenue, New York, New York 10022, Telephone: (212) 446-4800, Facsimile: (212) 446-4900, Email: joshua.sussberg@kirkland.com, nicole.greenblatt@kirkland.com, francis.petrie@kirkland.com, jeffrey.goldfine@kirkland.com -and- KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, Spencer A. Winters, P.C. (admitted pro hac vice), William E. Arnault, P.C. (admitted pro hac vice), 333 West Wolf Point Plaza, Chicago, Illinois 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200, Email: spencer.winters@kirkland.com, william.arnault@kirkland.com, Co-Counsel to the Debtors and Debtors in Possession

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.
[2] Capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and the Confirmation Order.