UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
J. Christopher Shore, Esq. (admitted *pro hac vice*)
(cshore@whitecase.com)
Harrison Denman, Esq. (admitted *pro hac vice*)
(harrison.denman@whitecase.com)
Andrew Zatz, Esq. (admitted *pro hac vice*)
(azatz@whitecase.com)
Samuel P. Hershey, Esq. (admitted *pro hac vice*)
(sam.hershey@whitecase.com)
Ashley Chase, Esq. (admitted *pro hac vice*)
(ashley.chase@whitecase.com)
Brett Bakemeyer, Esq. (admitted *pro hac vice*)
(brett.bakemeyer@whitecase.com)

**WHITE & CASE LLP**
555 S. Flower St., Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Aaron Colodny, Esq. (admitted *pro hac vice*)
(aaron.colodny@whitecase.com)

   -and-

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Telephone: (973) 538-4006
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)

*Co-Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| INVITAE CORPORATION, *et al.*, | Case No. 24-11362 (MBK) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The last four digits of Debtor Invitae Corporation's ("**Invitae**," and with its subsidiary debtors, the "**Debtors**") tax identification number are 1898. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing

# NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

Appellant is the Official Committee of Unsecured Creditors (the "**Committee**") appointed in these chapter 11 cases (the "**Chapter 11 Cases**").

**Part 2: Identify the subject of this appeal**

Pursuant to 28 U.S.C. §158 and rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, the Committee hereby appeals from the *Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 913] (the "**Order**"), entered by the Bankruptcy Court on August 2, 2024. A copy of the Order is attached here to as **Exhibit A**.

**Part 3: Identify the other parties to the appeal**

The names of the other parties to the Order and the names, addresses, and telephone numbers of their attorneys are as follows:

| Party | Counsel |
|---|---|
| Invitae Corporation and its debtor affiliates, as debtors and debtors in possession in the above-referenced chapter 11 cases | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Francis Petrie (admitted *pro hac vice*)<br>Jeffrey Goldfine (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>francis.petrie@kirkland.com<br>jeffrey.goldfine@kirkland.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Spencer A. Winters, P.C. (admitted *pro hac vice*) |

---

agent at www.kccllc.net/invitae. The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

2

| | |
|---|---|
| | William E. Arnault, P.C. (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000<br>spencer.winters@kirkland.com<br>william.arnault@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Daniel J. Harris, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, NJ 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com |
| Deerfield Partners, L.P. | **SULLIVAN & CROMWELL LLP**<br>Ari Blaut (admitted *pro hac vice*)<br>Justin DeCamp (admitted *pro hac vice*)<br>Benjamin Beller (admitted *pro hac vice*)<br>125 Broad Street<br>New York, NY 10004<br>blauta@sullcrom.com<br>decampj@sullcrom.com<br>bellerb@sullcrom.com<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>James N. Lawlor<br>500 Fifth Avenue<br>New York, NY 10110<br>(212) 382-3300<br>jlawlor@wmd-law.com<br><br>**MOLOLAMKEN LLP**<br>Steven F. Molo (admitted *pro hac vice*)<br>Justin M. Ellis (admitted *pro hac vice*)<br>Anden F. Chow (admitted *pro hac vice*)<br>Nathaniel F. Rubin (admitted *pro hac vice*)<br>430 Park Avenue<br>New York, NY 10022<br>(212) 607-8170<br>smolo@mololamken.com<br>jellis@mololamken.com<br>achow@mololamken.com<br>nrubin@mololamken.com |

| | |
|---|---|
| U.S. Bank Trust Company, National Association | **SHIPMAN & GOODWIN LLP**<br>Kathleen M. LaManna, Esq.<br>Kimberly S. Cohen, Esq.<br>Anthony R. Scarcella, Esq.<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>(860) 251-5603<br>klamanna@goodwin.com<br>kcohen@goodwin.com<br>ascarcella@goodwin.com<br><br>**RIKER DANZIG LLP**<br>Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962<br>(973) 538-0800<br>jschwartz@riker.com<br>tschellhorn@riker.com |
| United States Trustee | **UNITED STATES DEPARTMENT OF JUSTICE**<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE, REGIONS 3 & 9**<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>(973) 645-3014<br>jeffrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.gov |

Dated: August 16, 2024

By: */s/ John S. Mairo*
John S. Mairo, Esq.
Warren J. Martin Jr., Esq.
Christopher P. Mazza, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
(973) 538-4006
(973) 538-5146 Facsimile
Email: wjmartin@pbnlaw.com
jsmairo@pbnlaw.com
cpmazza@pbnlaw.com

-and-

J. Christopher Shore, Esq. (admitted *pro hac vice*)
Harrison Denman, Esq. (admitted *pro hac vice*)
Andrew Zatz, Esq. (admitted *pro hac vice*)
Samuel P. Hershey, Esq. (admitted *pro hac vice*)
Ashley Chase, Esq. (admitted *pro hac vice*)
Brett Bakemeyer, Esq. (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: cshore@whitecase.com
harrison.denman@whitecase.com
azatz@whitecase.com
sam.hershey@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

Aaron Colodny, Esq. (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 S. Flower St., Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: aaron.colodny@whitecase.com

*Co-Counsel to the Official Committee of Unsecured Creditors*