UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
J. Christopher Shore, Esq. (admitted *pro hac vice*)
(cshore@whitecase.com)
Harrison Denman, Esq. (admitted *pro hac vice*)
(harrison.denman@whitecase.com)
Andrew Zatz, Esq. (admitted *pro hac vice*)
(azatz@whitecase.com)
Samuel P. Hershey, Esq. (admitted *pro hac vice*)
(sam.hershey@whitecase.com)
Ashley Chase, Esq. (admitted *pro hac vice*)
(ashley.chase@whitecase.com)
Brett Bakemeyer, Esq. (admitted *pro hac vice*)
(brett.bakemeyer@whitecase.com)

**WHITE & CASE LLP**
555 S. Flower St., Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Aaron Colodny, Esq. (admitted *pro hac vice*)
(aaron.colodny@whitecase.com)

  -and-

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
Telephone: (973) 538-4006
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
John S. Mairo, Esq. (jsmairo@pbnlaw.com)
Christopher P. Mazza, Esq. (cpmazza@pbnlaw.com)

*Co-Counsel to the Official Committee of Unsecured
Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| INVITAE CORPORATION, *et al.*, | Case No. 24-11362 (MBK) |
| Debtors.[1] | (Jointly Administered) |

---

[1]   The last four digits of Debtor Invitae Corporation's ("**Invitae**," and with its subsidiary debtors, the "**Debtors**") tax identification number are 1898.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a), the Official Committee of Unsecured Creditors ("**Appellant**" or the "**Committee**") appointed in these chapter 11 cases (the "**Chapter 11 Cases**"), by and through their undersigned counsel, hereby submits this statement of the issues to be presented in connection with their appeal of the *Order Denying the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority* [ECF 914] (the "**Order**"), and designation of items to be included in the record on appeal.

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant respectfully submits the following as the issues on appeal:[2]

1.      Whether the Bankruptcy Court erred in denying the Committee standing to pursue claims against the Debtors' officers, directors and lenders related to the Uptier Transaction and prepetition bonuses paid to certain of the Debtors' officers and executives under the Third Circuit's decision in *Cybergenics*,[3] which is binding authority.

2.      Whether the Bankruptcy Court erred in finding that the Debtors justifiably refused to bring claims against the defendants named in the Committee's Standing Motion and Proposed Complaint relating to (a) the Uptier Transaction, including the Term Loan Repayment, the March Exchange, and the August Exchange, and/or (b) the prepetition bonuses paid to certain of the Debtors' officers and executives.

---

and noticing agent at www.kccllc.net/invitae.  The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

[2]      Capitalized terms used but not defined herein shall have the meaning ascribed to them in *The Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority* [ECF 536].

[3]      *Official Comm. Of Unsecured Creditors of Cybergenics Corp. ex rel Cybergenics Corp. v. Chinery,* 330 F. 3d. 548, 572-73 (3d Cir. 2003).

## DESIGNATION OF THE RECORD ON APPEAL[4]

Appellant submits the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| In re Invitae Corporation, et al., No. 24-11362-MBK (Bankr. D.N.J.) | | | |
|---|---|---|---|
| ECF No.[5] | Date | Description | Hearing Ex. No.[6] |
| | | Docket Report for *In re Invitae Corporation, et al.*, No. 24-11362-MBK (Bankr. D.N.J.) | |
| ECF 10 | 2/13/2024 | Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions | UCCX-136 |
| ECF 21 | 2/14/2024 | Declaration of Ana Schrank, Chief Financial Officer of Invitae Corporation, in Support of Chapter 11 Filing, First Day Motions, and Access to Cash Collateral | UCCX-138 |
| ECF 57 | 2/16/2024 | Order (I) Approving Bidding Procedures and Bid Protections, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (V) Authorizing the Assumption and Assignment of Assumed Contracts, and (VI) Authorizing the Sale of Assets | |
| ECF 131 | 3/1/2024 | Notice of Appointment of Official Committee of Unsecured Creditors | UCCX-139, UCC-094 |

[4]   Portions of the record designated for appeal were filed or admitted under seal or with redactions (together, the "**Sealed Material**") in accordance with the *Stipulated Confidentiality Agreement and Protective Order* [ECF 339] (the "**Protective Order**").  Sealed Material is identified in the tables below as having been filed under seal or with redactions and is noted with an asterisk.  Appellant will file a motion with the District Court pursuant to Federal Rule of Bankruptcy Procedure 8009(f) requesting that the District Court accept these portions of the record under seal.

[5]   Documents cited herein were filed in the chapter 11 proceeding captioned *In re Invitae Corporation*, Case No. 24-11362 (MBK) (Bankr. N.J.).

[6]   Documents that were also admitted as exhibits at the evidentiary hearing on the standing motion, held July 9, 2024 (the "**Standing Motion Hearing**") or at the evidentiary hearing on plan confirmation, held July 22, 2024 (the "**Confirmation Hearing**") are cross-referenced in this column.  Exhibits from the Standing Motion Hearing are indicated with the prefix "UCCX-" and exhibits from the Confirmation Hearing are indicated with the prefix "UCC-".

| ECF 148 | 3/11/2024 | Objection of the Official Committee of Unsecured Creditors to Final Approval of Debtors' Cash Collateral Motion | UCCX-140 UCC-095 |
|---|---|---|---|
| ECF 188 | 3/18/2024 | Final Order Pursuant to Sections 105, 361, 362, 363, 503, and 507 of the Bankruptcy Code and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure: (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief | UCCX-142 UCC-097 |
| ECF 189 | 3/18/2024 | Order (I) Setting Bar Dates for Submitting Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date, (III) Approving the Form, Manner, and Procedures for Filing Proofs of Claim, and (IV) Approving Notice Thereof | |
| ECF 202 | 3/18/2024 | Schedules of Assets and Liabilities and Statement of Financial Affairs for Invitae Corporation (Case No. 24-11362) | UCCX-141 UCC-096 |
| ECF 454 | 5/6/2024 | The Debtors', the Official Committee of Unsecured Creditors', and the United States Trustee's Joint Stipulation of Undisputed Facts Related to the Debtors' Application to Retain Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors-in-Possession | UCCX-146, UCC-102 |
| ECF 463 | 5/7/2024 | Order (I) Approving the Sale of the Acquired Assets Free and Clear of All Liens, Claims, and Encumbrances and (II) Authorizing the Debtors to Enter into and Perform Their Obligations Under the LabCorp Asset Purchase Agreement | UCCX-147, UCC-103 |
| ECF 470 | 5/9/2024 | Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto | |
| ECF 471 | 5/9/2024 | Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCCX-148, UCC-104 |
| ECF 472 | 5/9/2024 | Disclosure Statement Relating to the Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCCX-149, UCC-105 |

| | | | |
|---|---|---|---|
| ECF 494 | 5/14/2024 | Stipulation Concerning and Extending the Challenge Period Set Forth In Final Order Pursuant to Section 105, 361, 362, 503, and 507 of the Bankruptcy Code and Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure: (I) Authorizing Debtors to use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief | UCCX-150, UCC-106 |
| ECF 528 | 5/22/2024 | Notice of the Official Committee of Unsecured Creditors' Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] | |
| ECF 536, 792 | 5/22/2024 | The Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority [Unredacted version filed at ECF 792] | UCC-109 |
| ECF 548 | 5/28/2024 | Debtors' Motion for Entry of an Order Scheduling the Hearing on the Committee's Standing Motion with the Hearing on Plan Confirmation, Together with Interim Dates and Deadlines | |
| ECF 550 | 5/28/2024 | Deerfield Partners L.P.'s Joinder to Debtors' Motion for Entry of an Order Scheduling the Hearing on the Committee's Standing Motion with the Hearing on Plan Confirmation, Together with Interim Dates and Deadlines | |
| ECF 554 | 5/28/2024 | Joinder of U.S. Bank Trust Company, National Association, as Trustee and Collateral Agent, to (I) Debtors' Motion for Entry of an Order Scheduling the Hearing on the Committee's Standing Motion with the Hearing on Plan Confirmation, Together with Interim Dates and Deadlines and (II) Deerfield Partners L.P.'s Joinder to Debtors' Motion for Entry of an Order Scheduling the Hearing on the Committee's Standing Motion with the Hearing on Plan Confirmation, Together with Interim Dates and Deadlines | |
| ECF 563 | 5/30/2024 | The Official Committee Of Unsecured Creditors' Objection to the Debtors' Motion for Entry of an Order Scheduling the Hearing on the Committee's Standing Motion with the Hearing on Plan Confirmation, Together with Interim Dates and Deadlines, Deerfield's Joinder, and U.S. Bank's Joinder Thereto | UCCX-158 |

| | | | |
|---|---|---|---|
| ECF 598 | 6/6/2024 | The Official Committee of Unsecured Creditors' Objection to the Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | |
| ECF 605 | 6/9/2024 | Debtors' Reply to the Committee's Objection to the Disclosure Statement Motion | |
| ECF 614 | 6/11/2024 | Notice of Filing Disclosure Statement Relating to the Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCC-113 |
| ECF 615 | 6/11/2024 | Notice of Filing Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 616 | 6/11/2024 | Notice of Filing of Revised Proposed Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto | |
| ECF 630 | 6/13/2024 | Notice of Filing of Solicitation Version of the Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 631 | 6/13/2024 | Solicitation Version of Disclosure Statement Relating to the Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCC-115 |
| ECF 633 | 6/13/2024 | Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | |
| ECF 713* | 7/2/2024 | Debtors' Objection to the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority [REDACTED][7] | |

---

[7]  On July 16, 2024, the Court denied the Debtors' motion to file their objection to the Standing Motion under seal [ECF 809].  As of the date of this filing, the Debtors have not filed an unredacted version of their objection on the docket.

| | | | |
|---|---|---|---|
| ECF 714* | 7/2/2024 | Declaration of Jeffrey Goldfine in Support of the Debtors' Objection to the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Exclusive Settlement Authority [REDACTED][8] | |
| ECF 718 | 7/2/2024 | Deerfield's (I) Objection to the Committee's Standing Motion and (II) Response to the Committee's Objections to the Make Whole Amount | |
| ECF 720 | 7/2/2024 | Joinder and Supplemental Statement of U.S. Bank Trust Company, National Association, as Trustee and Collateral Agent, to Deerfield Partners L.P.'s (I) Objection to the Committee's Standing Motion and (II) Response to the Committee's Objections to the Make Whole Amount | |
| ECF 728 | 7/2/2024 | Deerfield's (I) Objection to the Committee's Standing Motion and (II) Response to the Committee's Objections to the Make Whole Amount | |
| ECF 735* | 7/7/2024 | Declaration of Jill Frizzley [REDACTED][9] | |
| ECF 736* | 7/7/2024 | Declaration of Randy Scott [REDACTED][10] | |
| ECF 739 | 7/7/2024 | Declaration of David Dunn in Support of the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority | UCCX-157, UCC-118 |
| ECF 740 | 7/7/2024 | Declaration of Terence Fox-Karnal in Support of Deerfield Partners L.P.'s (I) Objection to the Committee's Standing Motion and (II) Response to the Committee's Objections to the Make Whole Amount | |

---

[8]    On July 16, 2024, the Court denied the Debtors' motion to file the declaration of Jeffrey Goldine in support of their objection to the Standing Motion under seal [ECF 809]. As of the date of this filing, the Debtors have not filed an unredacted version of the declaration on the docket.

[9]    On July 16, 2024, the Court denied the Debtors' motion to file the Declaration of Jill Frizzley under seal [ECF 810]. As of the date of this filing, the Debtors have not filed an unredacted version of the Declaration on the docket.

[10]    On July 16, 2024, the Court denied the Debtors' motion to file the Declaration of Randy Scott under seal [ECF 810]. As of the date of this filing, the Debtors have not filed an unredacted version of the Declaration on the docket.

| ECF 750 | 7/8/2024 | The Official Committee of Unsecured Creditors' Reply Brief in Further Support of its Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] | |
| ECF 751 | 7/8/2024 | Debtors' Joinder to Deerfield Partners, L.P.'s Response to the Committee's Claim Objection | |
| ECF 752, 786 | 7/8/2024 | The Official Committee of Unsecured Creditors' Reply Brief in Support of its Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority [Unredacted version filed at ECF 786] | |
| ECF 761 | 7/8/2024 | Notice of Filing Plan Supplement for the Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCC-119 |
| ECF 785 | 7/9/2024 | Transcript of Hearing on The Official Committee of Unsecured Creditors' Motions in Limine to Exclude Untimely Produced Documents from the July 9, 2024 Hearing [ECF 741]; and The Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, And Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estate And (II) Exclusive Settlement Authority [ECF 536] and Responses and Objections Thereto, and Notice of The Official Committee of Unsecured Creditors' Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] [ECF 635] and Responses and Objections Thereto | |
| ECF 791 | 7/12/2024 | Notice of Filing Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCC-123 |

| ECF 793 | 7/12/2024 | Transcript of Hearing on Preliminary Bench Ruling on The Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of The Debtors' Estate And (II) Exclusive Settlement Authority [ECF 536] and Hearing on The Official Committee of Unsecured Creditors' Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] [ECF 528] | |
|---|---|---|---|
| ECF 796 | 7/15/2024 | United States Trustee's Objection to the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 797 | 7/15/2024 | Objection of Ravi Theja Kambhampati and Meghana Seethamraju to Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 798 | 7/15/2024 | Objection of Integrated DNA Technologies, Inc. to the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 799 | 7/15/2024 | Objection of Tecan Genomics, Inc. to the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 800 | 7/15/2024 | Joint Response of Deerfield and U.S. Bank Trust Company, National Association, as Trustee and Collateral Agent, in Opposition to the Committee's Remaining Objections to Claims No. 360, 378, 379, 380, 381 and 382 | |
| ECF 801 | 7/15/2024 | The Official Committee of Unsecured Creditors' Objection to Confirmation of the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | UCC-125 |
| ECF 802 | 7/15/2024 | Baker Bros. Advisors LP's Joinder to the Official Committee of Unsecured Creditors' Objection to Confirmation of the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 806 | 7/15/2024 | Wilmington Savings Fund Society, FSB's (I) Objection to Confirmation of the Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Joinder to Committee's Objection to the Plan | |
| ECF 816 | 7/15/2024 | Transcript Regarding Hearing Held July 16, 2024 | |

| | | | |
|---|---|---|---|
| ECF 833 | 7/18/2024 | The Official Committee of Unsecured Creditors' Reply in Further Support of its Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] (Non-Make-Whole Arguments) | UCC-129 |
| ECF 835 | 7/18/2024 | Debtors' Memorandum of Law in Support of the Debtors' Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 836 | 7/18/2024 | Deerfield's Statement in Support of Confirmation of the Plan and Joinder to the Debtors' Brief in Support of Confirmation | |
| ECF 837 | 7/18/2024 | Declaration of James Lee with Respect to the Tabulation of Votes on the Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 838 | 7/18/2024 | Declaration of Ana Schrank, Chief Financial Officer of Invitae Corporation, in Support of Confirmation of the Second Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 839 | 7/18/2024 | Declaration of Andrew Spirito, Managing Director of FTI Consulting, in Support of Confirmation of the Second Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 841 | 7/18/2024 | Declaration of Andrew Swift in Support of Confirmation of the Second Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 842 | 7/19/2024 | Debtors' Joinder to the Joint Response of Deerfield and U.S. Bank Trust Company, National Association, as Trustee and Collateral Agent, in Opposition to the Committee's Remaining Objections to Claims No. 360, 378, 379, 380, 381, and 382 | |
| ECF 847 | 7/19/2024 | Declaration of David Dunn in Support of the Official Committee of Unsecured Creditors' Objection to Confirmation of the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Paragraphs 1-3 and 15-19] | UCC-132 |
| ECF 852 | 7/19/2024 | TFS Entities' Limited Joinder to the Objections of (1) the United States Trustee, and (2) the Official Committee of Unsecured Creditors to Confirmation of the Second Amended Joint Plan of Invitae Corporation and its Debtor Affiliates | |

| ECF 856 | 7/19/2024 | Second Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications) | |
| ECF 857 | 7/19/2024 | Notice of Filing of the Amended Plan Supplement | |
| ECF 869 | 7/23/2024 | Transcript of Decision Before the Honorable Michael B. Kaplan, United States Bankruptcy Court Chief Judge | |
| ECF 877 | 7/22/2024 | Transcript of Confirmation Hearing Before the Honorable Michael B. Kaplan, United States Bankruptcy Court Chief Judge | |
| ECF 909 | 8/1/2024 | Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 910 | 8/1/2024 | Notice of Filing Second Amended Plan Supplement for the Third Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 913 | 8/2/2024 | Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 914 | 8/2/2024 | Order Denying the Official Committee of Unsecured Creditors' Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority | |
| ECF 924 | 8/7/2024 | Notice of Filing Third Amended Plan Supplement for the Third Amended Joint Plan of Invitae Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | |
| ECF 941 | 8/12/2024 | Order with Respect to the Official Committee of Unsecured Creditors' Objection to the 2028 Senior Secured Note Claims [Claim Nos. 360, 378, 379, 380, 381, 382] | |
| ECF 955 | 8/16/2024 | Notice of Appeal filed by the Official Committee of Unsecured Creditors | |
| ECF 956 | 8/16/2024 | Notice of Appeal filed by the Official Committee of Unsecured Creditors | |

| Trial Exhibits | | |
|---|---|---|
| **Hearing Ex. No.[11]** | **Date** | **Description** |
| UCCX-001, UCC-001 | 9/10/2019 | Indenture between Invitae Corporation and U.S. Bank, dated September 10, 2019 |
| UCCX-002, UCC-002 | 9/11/2019 | Invitae Corporation, Form 8-K (September 10, 2019) |
| UCCX-003, UCC-003 | 11/11/2019 | Invitae Press Release: Invitae to Acquire Clear Genetics |
| UCCX-004, UCC-004 | 3/10/2020 | Invitae Press Release: Invitae to Acquire YouScript and Genelex to Make it Easier to Use Pharmacogenetic Information at the Point of Care |
| UCCX-005, UCC-005 | 3/10/2020 | Invitae Press Release: Invitae Acquires Diploid, Maker of Artificial-Intelligence Engine to Enable Clinical Diagnosis Using Whole Genome Sequencing in Minutes |
| UCCX-006, UCC-006 | 10/5/2020 | Invitae Corporation, Form 8-K (October 2, 2020) |
| UCCX-007, UCC-007 | 4/28/2021 | Invitae Corporation, Schedule 14A (Definitive Proxy Statement) |
| UCCX-008, UCC-008 | 8/2/2021 | Invitae Corporation, Form 10-Q (Q2 2021) |
| UCCX-009, UCC-009 | 10/25/2021 | Email between S. Lowry and C. Gorjanc RE: Internal Audit Slides for AC and Board meetings, attaching Internal Audit Priorities though Q1 2022 and Enterprise Risk Management Update |
| UCCX-010, UCC-010 | 10/28/2021 | Invitae Corporation, Video Conference Meeting of the Board of Directors |
| UCCX-011, UCC-011 | 2022 | The Rise of Bankruptcy Directors |
| UCCX-012, UCC-012 | 3/1/2022 | Invitae Corporation, Form 10-K (2021) |
| UCC-013 | 4/9/2022 | Invitae Corporation, Form 8-K (April 9, 2022) |

---

[11]    Documents cited herein were admitted as exhibits at the Standing Motion Hearing or the Confirmation Hearing.  Exhibits from the Standing Motion Hearing are indicated with the prefix "UCCX-" and exhibits from the Confirmation Hearing are indicated with the prefix "UCC-".

| UCCX-013, UCC-014 | 4/26/2022 | Email between T. Brida, R. Wen, and B. Carver RE: Invitae<>SBJA NDA, attaching confidentiality agreement from Invitae to Perella Weinberg Partners and J Wood Capital Advisors |
|---|---|---|
| UCCX-014, UCC-015 | 7/16/2022 | Project Genesis Board of Directors Discussion Material |
| UCCX-015, UCC-016 | 7/18/2022 | Invitae Press Release: Invitae Announces Strategic Business Realignment to Accelerate Its Path to Positive Cash Flow and Realize Full Potential of Industry-Leading Genetics Testing Platform |
| UCCX-016, UCC-017 | 7/28/2022 | Invitae Board Meeting Discussion Material |
| UCCX-017, UCC-018 | 8/3/2022 | Email between H. Luk and N. Laiwala RE: NDA, attaching Project Genesis Board of Directors Discussion Material (6/3/2022), Project Genesis Board of Directors Discussion Material (7/16/2022), and Board Meeting Discussion Material (8/28/22) |
| UCCX-018 | 8/12/2022 | Email between R. Wen, R. Scott, K. Knight, and H. Luk RE: Fwd: Discussion Materials, attaching Discussion Materials |
| UCCX-019, UCC-019 | 8/19/2022 | Email between R. Wen, E. Aguiar, C. Gorjanc, K. Knight, and R. Scott RE: Banker slides on debt, attaching Perella Weinberg Partners slide deck titled Discussion Materials (8/12/2022) and Moelis & Company slide deck titled Discussion Materials (8/15/2022) |
| UCC-020 | 8/22/2022 | Invitae Corporation, Form 8-K (August 22, 2022) |
| UCCX-020 | 9/9/2022 | Email between T. Brida and K. Knight RE: (Reminder) Action Required: Approve Requisition RQ7732, attaching expense reimbursement agreement between Deerfield and Invitae, Katten invoice, and Oracle requisition |
| UCCX-021 | 9/23/2022 | Microsoft Teams Chat between M. Bergen and T. Fox-Karnal |
| UCCX-022 | 9/23/2022 | Email between A. Zhang, R. Wen, H. Luk, R. Lusk, and Goldman Sachs, J. Wood Capital Advisors, and Perella Weinberg Partners RE: Invitae Financial Projections Discussion, attaching Discussion Materials for Project Icon |

| UCCX-023 | 10/8/2022 | Email between B. Ostenda, R. Wen and G. Gelman RE: speak today? |
|---|---|---|
| UCCX-024, UCC-021 | 10/12/2022 | Email between A. Herzog, K. Knight, R. Wen, H. Luk, and Invitae advisors RE: Project Icon - Discussion attaching Discussion Materials for Project Icon |
| UCCX-025, UCC-022 | 10/13/2022 | Goldman/PWP/J. Wood Discussion Materials for Project Icon |
| UCCX-026, UCC-023 | 10/13/2022 | Invitae Corporation, Video Conference Meeting of the Board of Directors |
| UCCX-027 | 10/19/2022 | Email between R. Wen, H. Luk and Invitae advisors RE: Project Icon Follow Up, attaching Discussion Materials |
| UCCX-028, UCC-024 | 10/20/2022 | Eric Aguiar completing DocuSign and attaching various board materials: Invitae Corporation Video Conference Meeting of the Board of Directors (June 3, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (June 14, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (June 15, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (June 30 - July 1, 2022) |
| UCCX-029, UCC-025 | 10/20/2022 | Eric Aguiar completing DocuSign and attaching various board materials: Invitae Corporation Video Conference Meeting of the Board of Directors (Jan. 27, 2022), Invitae Corporation Videoconference Meeting of the Nominating and Governance Committee of the Board of Directors (Jan. 27, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (Feb. 25, 2022), Invitae Corporation, Video Conference Meeting of the Board of Directors (Apr. 1, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (Apr. 28, 2022), Invitae Corporation Video Conference Meeting of the Nominating and Governance Committee of the Board of Directors (May 5, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (May 6, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (May 26, 2022), Invitae Corporation Video Conference Meeting of the Board of Directors (July 16, 2022) |
| UCCX-030 | 10/31/2022 | Microsoft Teams Chat between J. Flynn and T. Fox-Karnal |
| UCCX-031 | 11/14/2022 | Email from E. Press to himself RE: FW: Project Ivory: Business issues list, attaching Deerfield Response to Issues List, Indenture, Indenture Redline, Purchase and Exchange Agreement, Purchase and Exchange Agreement Redline |

14

| UCCX-032 | 11/23/2022 | Email from R. Wen to T. Brida and H. Luk, forwarding email chain with K. Knight, and advisors from Goldman Sachs, J. Wood, and Perella Weinberg Partners RE: Fwd: BBI, attaching Summary of Proposed Terms for Exchange of Invitae Corporation Notes |
|---|---|---|
| UCCX-033 | 11/28/2022 | Email between G. Gelman, H. Luk, K. Knight, R. Wen, T. Brida and Invitae advisors RE: BBI and Deerfield Update + Softbank |
| UCCX-034 | 11/28/2022 | Email between R. Wen and H. Luk RE: prior analysis, attaching Analysis of Deerfield Proposal |
| UCCX-035, UCC-026 | 12/1/2022 | Invitae Corporation Video Conference Meeting of the Finance Committee of the Board of Directors |
| UCCX-036 | 12/7/2022 | Microsoft Teams Chat between S. Anderson and T. Fox-Karnal |
| UCCX-037 | 12/9/2022 | Teams Chat between S. Anderson and T. Fox-Karnal |
| UCCX-038 | 12/12/2022 | Email between W. Chen, T. Fox-Karnal, J. Flynn, B. Bizoza, S. Anderson, E. Press, A. Kometz, and M. Bergen RE: NVTA - Update and Response |
| UCCX-039 | 12/14/2022 | Email between A. Hatalkar, H. Luk, K. Knight, T. Brida, and other Invitae advisors RE: RE: Project Icon Daily Call, attaching Proposal Analysis |
| UCCX-040 | 12/22/2022 | Email between H. Luk, R. Wen, K. Knight, T. Brida and Invitae advisors RE: Re: Update Ahead of Daily Call |
| UCCX-041 | 12/26/2022 | Email between G. Gelman, E. Oppong, K. Knight, J. Wood, D. Freeman, R. Wen, A. Liu, A. Lo, B. Ostenda, and H. Liu RE: Re: FW: |
| UCCX-042 | 1/5/2023 | Email from T. Fox-Karnal to himself RE: NVTA - discussed version of potential chronology |
| UCCX-043 | 1/10/2023 | Email between A. Kometz, W. Chem, and M. Bergen RE: NVTA, attaching Excel spreadsheet "NVTA AK 2023 Jan V5" |
| UCCX-044 | 1/12/2023 | Email between A. Lo and K. Knight, R. Wen, H. Luk, T. Brida and Invitae advisors RE: NVTA - Exchange Financing Terms attaching Deerfield proposed exchange financing terms |
| UCCX-045 | 1/14/2023 | Email between H. Luk and R. Wen RE: CF exercise |
| UCCX-046 | 1/17/2023 | Microsoft Teams Chat between J. Flynn and T. Fox-Karnal |

| UCCX-047 | 1/19/2023 | Email from E. Press to himself RE: NVTA Baskets/Open Issues |
|---|---|---|
| UCCX-048 | 1/19/2023 | Email between A. Lo, K. Knight, R. Wen H. Luk, T. Brida and Invitae advisors RE: Re: Project Icon / Deerfield update, attaching proposed term sheet |
| UCCX-049, UCC-027 | 1/23/2023 | Email between B. Carver, E. Press, T. Fox-Karnal, S. Anderson, R. Wen, T. Brida, and Invitae advisors RE: Re: NVTA - Exchange Financing Terms, attaching expense reimbursement agreement between Deerfield and Invitae |
| UCCX-050, UCC-028 | 1/24/2023 | Email between R. Wen and A. Lo, forwarding email chain with E. Press, J. Wood, T. Fox-Karnal and G. Batista RE: Fwd: Project Ivory: Business Issues List, attaching Exhibit F to Indenture |
| UCCX-051, UCC-029 | 1/26/2023 | Invitae, Overview on Clinical Trials Progress |
| UCCX-052, UCC-030 | 1/26/2023 | Invitae Corporation, Meeting of the Board of Directors |
| UCCX-053, UCC-031 | 1/31/2023 | Email between K. Knight and H. Luk, forwarding email chain with R. Wen and Invitae advisors RE: Fwd: InVitae Ratings Change, attaching Goldman Sachs Equity Research InVitae Corp Downgrade to Sell from Neutral: Long path to profitability despite restructuring plan |
| UCCX-054, UCC-032 | 2/2/2023 | Email between G. Crouse, E. Aguiar, M. Hird, and C. Gorjanc RE: Invitae - Compensation Committee - Summary Post-2/2/23 Meeting |
| UCCX-055 | 2/14/2023 | Microsoft Teams Chat between J. Flynn and T. Fox-Karnal |
| UCCX-056 | 2/16/2023 | Teams Chat between J. Flynn and T. Fox-Karnal |
| UCCX-057 | 2/21/2023 | Email from P. Takats to Deerfield Staff RE: Morning meeting notes 2/21/23 #FLYNN, NVTA, APLS, ISEE, MDT, BCRX, HRMY# |
| UCCX-058 | 2/21/2023 | Email between P. Takats and Deerfield Staff RE: Morning meeting notes 2/21/23 #FLYNN, NVTA, APLS, ISEE, MDT, BCRS, HRMY# |
| UCCX-059, UCC-033 | 2/22/2023 | Email between T. Fox-Karnal, R. Wen, and A. Lo RE: Brief check in / house keeping |
| UCCX-060 | 2/24/2023 | Email between G. Gelman and K. Knight RE: Update |

| UCCX-061 | 2/24/2023 | Email between R. Wen and K. Knight RE: Following up quickly |
| UCCX-062 | 2/25/2023 | Email between K. Knight, R. Wen and T. Brida RE: BBI Proposal |
| UCCX-063, UCC-034 | 2/25/2023 | Email between R. Wen and C. O'Connor RE: [DRAFT] Project Icon - Board Discussion Materials (02.25.23) |
| UCCX-064, UCC-035 | 2/25/2023 | Email between T. Brida, R. Scott, E. Aguiar, C. Gorjanc, G. Crouse, K. Lockhart, W. Osborne, M. Hird, and R. Wen RE: Board materials, attaching Discussion Materials |
| UCCX-065, UCC-036 | 2/25/2023 | Invitae Corporation Video Conference Meeting of the Board of Directors |
| UCCX-066, UCC-037 | 2/25/2023 | Email between Gary Liou, M. Alisdairi, R. Wen, J. Wood, and A. Lo RE: RE: [DRAFT] Project Icon - Board Discussion Materials (02.25.23) attaching Discussion Materials |
| UCCX-067, UCC-038 | 2/25/2023 | Email between G. Liou and R. Wen RE: [DRAFT] Project Icon - Board Discussion Materials (02.25.23) attaching Discussion Materials |
| UCCX-068, UCC-039 | 2/26/2023 | Email between M. Bergen, T. Fox-Karnal, B. Bizoza, W. Chen, and A. Kometz RE: Financing PR and earnings deck |
| UCCX-069 | 2/26/2023 | Email between T. Kirby, T. Fox-Karnal, E. Press, S. Anderson, and Katten attorneys RE: NVTA - Draft Indenture, attaching Invitae Draft Indenture, Article 1 Definitions, Purchase and Exchange Agreement, Purchase and Exchange Agreement Redline |
| UCCX-070, UCC-040 | 2/26/2023 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
| UCCX-071, UCC-041 | 2/27/2023 | Email between B. Carver, R. Wen, T. Brida, E. Bolsakov, N. Goodman, and Latham & Watkins and Katten attorneys RE: FW: NVTA - Security Agreement |
| UCCX-072, UCC-042 | 2/28/2023 | Invitae Corporation, Form 10-K (2022) |
| UCCX-073, UCC-043 | 2/28/2023 | Invitae Corporation, Video Conference Meeting of a Pricing Committee of the Board of Directors |
| UCCX-074 | 2/28/2023 | Invitae Press Release: Invitae Announces Convertible Notes and Share Exchange and New Convertible Notes Issuance |
| UCCX-075 | 3/1/2023 | Microsoft Teams Chat between M. Bergen and T. Fox-Karnal |

| UCCX-076, UCC-044 | 3/1/2023 | MarketScreener Article: Invitae Shares Hit New All-Time Low on Downbeat 2023 Revenue Guidance, Debt Refinance |
|---|---|---|
| UCCX-077, UCC-045 | 3/3/2023 | Email between R. Wen, H. Luk, and K. Knight RE: Fwd: Deerfield Perspective, attaching Deerfield perspective letter |
| UCCX-078, UCC-046 | 3/7/2023 | Invitae Corporation, Form 8-K (March 7, 2023) |
| UCCX-079, UCC-047 | 4/3/2023 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
| UCCX-080, UCC-048 | 4/4/2023 | Email between C. Gorjanc, R. Werner and R. Wen RE: Comp Committee Deck, attaching Compensation Planning 2023-2024 (3/9/2023) |
| UCCX-081 | 4/17/2023 | Email between R. Wen, Eldar Bolsakov, Hoki Luk, and Robert Werner re: FW: FW: Perella Weinberg Partners LP - CUS_INV-004062, attaching Perella Weinberg Partners compensation agreement |
| UCCX-082, UCC-049 | 4/19/2023 | Invitae Corporation, Schedule 14A (Definitive Proxy Statement) |
| UCCX-083, UCC-050 | 4/27/2023 | NVTA BOD Meeting Agenda and Board Meeting Materials |
| UCCX-084, UCC-051 | 4/27/2023 | Invitae Corporation, Meeting of the Board of Directors |
| UCCX-085, UCC-052 | 4/27/2023 | Invitae presentation re: "Securing our mission's future" |
| UCCX-086, UCC-053 | 5/9/2023 | Invitae Corporation, Form 10-Q (Q1 2023) |
| UCCX-087, UCC-054 | 5/16/2023 | Invitae Corporation, Form 4 (Statement of Changes in Beneficial Ownership of Securities) (K. Knight) |
| UCCX-088, UCC-055 | 5/16/2023 | Invitae Corporation, Form 4 (Statement of Changes in Beneficial Ownership of Securities) (R. Wen) |
| UCCX-089 | 5/26/2023 | Email between T. Fox-Karnal, M. Bergen, A. Kometz, J. Flynn, W. Chen, and B. Bizoza RE: Roxi of NVTA resigned today |
| UCCX-090 | 6/26/2023 | Teams Chat between S. Anderson and T. Fox-Karnal |
| UCCX-091 | 6/27/2023 | Email between M. Bergen, A. Kometz, A. Grossman, A. ElBardissi, J. Flynn, T. Fox-Karnal, S. Anderson, W. Chen, and R. Snetiker RE: #NVTA# Meeting with Randy Scott |

| UCCX-092 | 6/27/2023 | Email between S. Anderson, T. Fox-Karnal, J. Flynn, E. Press, B. Bizoza, W. Chen, M. Bergen, and A. Kometz RE: Re: NVTA - Discussion on process - Updated |
|---|---|---|
| UCCX-093 | 6/29/2023 | Email between R. Lusk, M. Alisdairi, C. O'Connor, and H. Luk RE: Recast/LRP Update |
| UCCX-094 | 7/10/2023 | Microsoft Teams Chat between A. ElBardissi and T. Fox-Karnal |
| UCCX-095 | 7/11/2023 | Email between W. Chen and T. Fox-Karnal RE: RE: NVTA - Outline of paths and cost |
| UCCX-096, UCC-056 | 7/26/2023 | NVTA BOD Meeting Agenda and Board Meeting Materials |
| UCCX-097, UCC-057 | 8/8/2023 | Invitae Corporation, Form 10-Q (Q2 2023) |
| UCCX-098, UCC-058 | 8/9/2023 | Email between R. Lusk, T. Grigg, H. Luk, T. Welsh, and M. Ventimiglia RE: FTI - Transformation Perspectives |
| UCCX-099 | 8/20/2023 | Email between K. Knight, G. Crouse, B. Carver, C. Nayak, C. Gorjanc, E. Aguiar, M. Hird, H. Luk, K. Lockhart, L. Chan, R. Scott, T. Brida, and W. Osborne RE: Invitae Board Consent - BOARD SIGNATURES REQUESTED |
| UCCX-100, UCC-059 | 8/22/2023 | Exchange Agreement between Invitae Corporation, the Guarantors, and Deerfield, dated August 22, 2023, First Supplemental Indenture, Authentication Order and Officer's Certificate Pursuant to the Indenture, Cancellation Order related to Indenture, dated as of September 10, 2019, Invitae Corporation 4.50% Series A Convertible Senior Secured Notes due 2028 |
| UCCX-101, UCC-060 | 8/22/2023 | Invitae Corporation, Form 8-K (August 22, 2023) |
| UCCX-102, UCC-061 | 8/22/2023 | Invitae Board of Directors Meeting Materials |
| UCCX-103 | 8/23/2023 | Microsoft Teams Chat between N. Barriocanal and T. Fox-Karnal |
| UCCX-104 | 8/29/2023 | Microsoft Teams Chat between N. Barriocanal and T. Fox-Karnal |
| UCCX-105 | 9/11/2023 | Microsoft Teams Chat between A. ElBardissi, S. Anderson, and T. Fox-Karnal |
| UCCX-106 | 9/15/2023 | Email between R. Wen and A. Kometz RE: Consulting Question |

| UCCX-107 | 9/19/2023 | Email between T. Fox-Karnal and J. Cesarz, S. Anderson, and C. O'Connor RE: NVTA |
|---|---|---|
| UCCX-108 | 9/19/2023 | Email between K. Knight, H. Luk, T. Brida, R. Dickey, B. Klein, and A. Swift, previous people on the email chain include J. Baker RE: Fwd: following up quickly |
| UCCX-109, UCC-062 | 9/22/2023 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
| UCCX-110, UCC-063 | 10/3/2023 | Meeting notes from meeting with Christine Gorjanc discussing other executives at Invitae and the major business lines |
| UCCX-111, UCC-064 | 10/4/2023 | Invitae Corporation, Videoconference Meeting of the Special Committee of the Board of Directors |
| UCCX-112, UCC-065 | 10/9/2023 | A. Schrank's notes on "Week of 10/9/23" |
| UCCX-113, UCC-066 | 10/18/2023 | Invitae Corporation, Videoconference Meeting of the Special Committee of the Board of Directors |
| UCCX-114, UCC-067 | 10/18/2023 | Project Ionic Special Committee Discussion Materials |
| UCCX-115, UCC-068 | 10/26/2023 | Invitae Corporation, Meeting of the Board of Directors |
| UCCX-116, UCC-069 | 10/26/2023 | Project Ionic Advisor Presentation to the Board of Invitae |
| UCCX-117, UCC-070 | 11/7/2023 | Email between H. Luk, A. Kometz, M. Bergen, and W. Chen RE: Materials for this morning's call, attaching 3Q23 Earnings PR Draft and From genetics, Health Third Quarter 2023 Financial Results |
| UCCX-118, UCC-071 | 11/8/2023 | Invitae Corporation, Form 10-Q (Q3 2023) |
| UCCX-119, UCC-072 | 11/16/2023 | Email between A. Schrank, E. Aguiar, S. Khemka, R. Scott, W. Osborne, C. Gorjanc, J. Frizzley, K. Knight, T. Brida, and H. Luk RE: Project Ionic | Deerfield Consent, attaching Project Ionic DRAFT Liquidity Forecast |
| UCCX-120, UCC-073 | 11/17/2023 | Invitae Corporation, Videoconference Meeting of the Special Committee of the Board of Directors |
| UCCX-121, UCC-074 | 11/17/2023 | Project Ionic Special Committee Discussion Materials |
| UCCX-122, UCC-075 | 12/1/2023 | Email between Ken Knight, Ana Schrank, Tom Brida, Hoki Luk, Adar Puterman, Avi Kometz, Terence Fox-Karnal, Invitae advisors, and Invitae lawyers RE: Invitae - All Hands Consent Call, attaching Women's Health Sale Overview |

| UCCX-123, UCC-076 | 12/7/2023 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
|---|---|---|
| UCCX-124, UCC-077 | 12/8/2023 | Second Supplemental Indenture between Invitae Corporation and U.S. Bank, dated December 8, 2023 |
| UCCX-125, UCC-078 | 12/13/2023 | Invitae Press Release: Invitae Divests Ciitizen Health Data Platform and Implements Further Cost Cuts |
| UCCX-126, UCC-079 | 12/13/2023 | Asset Purchase Agreement between Ciitizen Health Inc. and Invitae Corporation |
| UCCX-127, UCC-080 | 12/22/2023 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
| UCCX-128, UCC-081 | 12/27/2023 | Invitae Corporation, Videoconference Meeting of the Special Committee of the Board of Directors |
| UCCX-129, UCC-082 | 12/27/2023 | Project Ionic Special Committee Discussion Materials |
| UCCX-130, UCC-083 | 1/3/2024 | Presentation to Invitae's Board of Directors |
| UCCX-131, UCC-084 | 1/5/2024 | Email between A. Schrank and A. Hinkelman RE: Retention, attaching 2024 Ionic Retention Planning (1/5/2024) |
| UCCX-132, UCC-085 | 1/7/2024 | Invitae Corporation, Videoconference Meeting of the Board of Directors |
| UCCX-133, UCC-086 | 1/10/2024 | Project Ionic Special Committee Discussion Materials |
| UCCX-134, UCC-087 | 1/11/2024 | Invitae Corporation, Videoconference Meeting of the Board of Directors |
| UCC-088 | 1/18/2024 | Presentation to the Board of Directors of Invitae Corporation Retention Planning |
| UCCX-135, UCC-089 | 1/24/2024 | Email between E. Aguiar and M. Hird, forwarding email chain with J. Frizzley, R. Scott, K. Lockhart, C. Gorjanc, W. Osborne, G. Crouse, C. Nayak, K. Knight, T. Brida, A. Schrank, H. Luk, N. Greenblatt, J. Goldfine, and J. Danforth RE: Fw: Invitae - Deerfield Letter to Board, attaching Correspondence from Deerfield to Invitae's Board of Directors |
| UCC-090 | 1/24/2024 | Withheld email, attaching Correspondence to Invitae's Board of Directors from Deerfield |
| UCCX-137, UCC-092 | 2/13/2024 | Invitae Corporation, Unanimous Written Consent of the Board of Directors |
| UCCX-143, UCC-098 | 3/28/2024 | Debtors' Responses and Objections to Rule 2004 Document Requests and Interrogatories |

| UCCX-144, UCC-099 | 4/3/2024 | Official Form 410, Proof of Claim No. 360 |
|---|---|---|
| UCC-100 | 4/25/2024 | Email between C. Haugen and N. DiCarlo re: Invitae Corporation - UHC Case ID 23359, attaching Invitae Response to UHC Repayment Demand |
| UCCX-145, UCC-101 | 4/26/2024 | Debtors' Responses and Objections to Official Committee of Unsecured Creditors' Second Set of Interrogatories |
| UCCX-151, UCC-107 | 5/21/2024 | Recording of Jill Frizzley Interview |
| UCCX-152, UCC-108 | 5/22/2024 | Project Ionic Board Discussion Materials |
| UCC-110 | 6/1/2024 | Project Ionic Discussion Materials |
| UCC-111 | 6/4/2024 | Email from N. Gavey to F. Petrie, D. Litz, J. Goldfine, N. Greenblatt, S. Winters, A. Del Rio, and J. Tougas RE: RE: Invitae - UnitedHealth, attaching 2024-03-25 Invitae Letter to United and 2024.04.25 Invitae Response to UHC Repayment Demand |
| UCC-112 | 6/6/2024 | Email between J. Baltaytis and N. Smith RE: RE: Invitae - Diligence List, attaching Bid Comparison Model, Natera Retention Certificate Excel Support |
| UCC-114 | 6/12/2024 | Letter from White & Case to Kirkland re: UHC Claim |
| UCCX-153, UCC-116 | 6/18/2024 | Email from Committee counsel to Debtors' and Deerfield's counsel RE: RE: In re Invitae Corporation, et al., Case No. 24-11362 (MBK) |
| UCCX-154, UCC-117 | 6/18/2024 | The Official Committee of Unsecured Creditors' Notice of Rule 30(b)(6) Deposition to the Debtors |
| UCCX-155, UCC-133 | Undated | Invitae presentation re: Product exits |
| UCCX-156, UCC-134 | Undated | A. Schrank's notes on "Hoki 1:1" |
| UCCX-159 | 6/4/2024 | Email from N. Gavey to F. Petrie, D. Litz, J. Goldfine, N. Greenblatt, S. Winters, A. Del Rio, and J. Tougas RE: RE: Invitae - UnitedHealth, attaching 2024-03-25 Invitae Letter to United and 2024.04.25 Invitae Response to UHC Repayment Demand |
| UCCX-160, UCC-120 | 7/8/2024 | Invitae Corporation (NVTAQ) Stock Price, News, Quote & History - Yahoo Finance |
| UCC-121 | 7/9/2024 | Testimony of J. Frizzley |

| UCC-122 | 7/9/2024 | Testimony of R. Scott |
|---------|----------|------------------------|
| UCC-124 | 7/15/2024 | Email between J. Goldfine, A. Colodny, A. Chase, C. Shore, and H. Denman re RE: In re Invitae Corporation, et al., Case No 24-11362 (MBK) | confirmation witnesses |
| UCC-135 | Undated | Execution Version - Transaction Support Agreement |
| UCC-136 | Undated | FTI Consulting profile page of Andrew Spirito |
| UCC-137 | Undated | Liquidation Analysis |

## **RESERVATION OF RIGHTS**

Appellant reserves the right to amend, modify, and/or supplement the foregoing statement of issues and designations, and/or to object or otherwise supplement or move to strike or modify, some or all of the appellee's counter-designation of additional items to be included in the record on appeal and/or cross-statement of issues presented on appeal.  This filing is made expressly subject to, and without waiver of, any and all of Appellant's rights, remedies, challenges, and objections.

## **CERTIFICATION PURSUANT TO BANKRUPTCY RULE 8009(b)**

Bankruptcy Rule 8009(b) requires an appellant to a bankruptcy court ruling to either: (i) order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal and file a copy of the order with the bankruptcy clerk; or (ii) file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript.  Pursuant to Bankruptcy Rule 8009(b), Appellant hereby certifies to the Clerk of Court that it is not ordering a transcript not already included in the record on appeal.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 30, 2024

By: */s/ John S. Mairo*
John S. Mairo, Esq.
Warren J. Martin Jr., Esq.
Christopher P. Mazza, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07962
(973) 538-4006
(973) 538-5146 Facsimile
Email: wjmartin@pbnlaw.com
     jsmairo@pbnlaw.com
     cpmazza@pbnlaw.com

-and-

J. Christopher Shore, Esq. (admitted *pro hac vice*)
Harrison Denman, Esq. (admitted *pro hac vice*)
Andrew Zatz, Esq. (admitted *pro hac vice*)
Samuel P. Hershey, Esq. (admitted *pro hac vice*)
Ashley Chase, Esq. (admitted *pro hac vice*)
Brett Bakemeyer, Esq. (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: cshore@whitecase.com
     harrison.denman@whitecase.com
     azatz@whitecase.com
     sam.hershey@whitecase.com
     ashley.chase@whitecase.com
     brett.bakemeyer@whitecase.com

Aaron Colodny, Esq. (admitted *pro hac vice*)
**WHITE & CASE LLP**
555 S. Flower St., Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: aaron.colodny@whitecase.com

*Co-Counsel to the Official Committee of*
*Unsecured Creditors*