**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.sussberg@kirkland.com
nicole.greenblatt@kirkland.com
francis.petrie@kirkland.com
jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com

*Co-Counsel to the Plan Administrator and Debtors*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Co-Counsel to the Plan Administrator and Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| INVITAE CORPORATION, *et al.*, | Case No. 24-11362 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF LIFTING OF THE AUTOMATIC STAY TO ALLOW**
**CONTINUATION OF LITIGATION IN THE DELAWARE DISTRICT COURT**
**(*NATERA, INC. V. ARCHERDX, INC., ET AL.*, NO. 20-CV-125-GBW)**

---

[1] The last four digits of Debtor Invitae Corporation's tax identification number are 1898.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/invitae.  The Debtors' service address in these chapter 11 cases is 1400 16th Street, San Francisco, California 94103.

48930533

This notice is made this 3rd day of December 2024 by Andrew Spirito, in his capacity as the plan administrator (the "Plan Administrator") to the above-captioned wind-down debtors and former debtors in possession (collectively, the "Debtors"), that:

1. On February 13, 2024, the Debtors filed for voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court [Docket No. 1].

2. On March 1, 2024, the United States District Court for the District of Delaware entered an order staying the case *Natera, Inc. v. ArcherDX, Inc. et al.*, No. 20-cv-125-GBW (the "Delaware Matter") in accordance with the automatic stay imposed by § 362 of the Bankruptcy Code [Delaware Matter, Docket No. 706].

3. On May 7, 2024, this Court approved the sale of certain of the Debtors' assets to Labcorp Genetics, Inc. as purchaser, and Laboratory Corporation of America Holdings, as guarantor, under an Asset Purchase Agreement [Docket No. 463].

4. On August 2, 2024, this Court entered the Findings of Fact, Conclusions of Law, and Order Confirming the Third Amended Joint Plan of Invitae Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 913] (the "Plan Confirmation Order").

5. Pursuant to the Plan Confirmation Order, Andrew Spirito was appointed as administrator of the Debtors' estates and is authorized to stipulate relief from the automatic stay to permit the Delaware Matter to progress to final judgment. *See* Plan Confirmation Order, Ex. A (the "Plan"), Article IV.G.

6. On November 4, 2024, the parties to the Delaware Matter agreed to vacate the stay [Delaware Matter, Docket No. 707].

48930533

7. The District Court granted the stipulation and vacated the stay on November 8, 2024 [Delaware Matter, Docket No. 708].

**NOW THEREFORE, NOTICE IS HEREBY GIVEN** that the automatic stay and injunction under the Plan and Plan Confirmation Order were lifted effective November 8, 2024 under 11 U.S.C. §§ 105(a) and 362(d)(1) to allow the Delaware Matter to proceed to final judgment.

*[Remainder of Page Intentionally Left Blank.]*

48930533

Dated: December 3, 2024

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
       wusatine@coleschotz.com
       fyudkin@coleschotz.com
       dharris@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Francis Petrie (admitted *pro hac vice*)
Jeffrey Goldfine (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com
       nicole.greenblatt@kirkland.com
       francis.petrie@kirkland.com
       jeffrey.goldfine@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Spencer A. Winters, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
spencer.winters@kirkland.com

*Co-Counsel to the Plan Administrator and the Debtors*

48930533