UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

D. Alexander Barnes, Esquire (DB-0760)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 857-1435
alexander.barnes@obermayer.com

Local Counsel to B.W., a minor, through his guardian Julie Wiess

In Re:

INVITAE CORPORATION, et al.,

Wind-Down Debtors.

Case No.: 24-11362 (MBK)

Adv. Pro. No.: ____________

Chapter: 11

Subchapter V: ❑ Yes ☒ No

Hearing Date: August 6, 2026

Judge: Kaplan

**ADJOURNMENT REQUEST**

1. I, D. Alexander Barnes, Esq.,

☒ am the attorney for: B.W., a minor, through his guardian Julie Wiess,

❑ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: The Wind-Down Debtors' Motion to Enforce the Plan, Confirmation Order, and Sale Order (Dkt. 1265)

Current hearing date and time: August 6, 2026 at 10:00 a.m.

New date requested: September 10, 2026 at 10:00 a.m.

Reason for adjournment request: Enable B.W. to retain N.J. local bankruptcy counsel, address issues raised by Motion to Enforce, and personal commitments of B.W.'s lead counsel.

2. Consent to adjournment:

☒ I have the consent of all parties. ❑ I do not have the consent of all parties (explain below):

____________________

____________________

I certify under penalty of perjury that the foregoing is true.

Date: July 30, 2026 /s/ D. Alexander Barnes, Esq.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 9/10/2026 at 10:00 a.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: ________________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*